B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Littleford Day, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**31-0357511** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7451 Empire Drive**<br>**Florence, KY**<br>ZIP Code **41042** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Boone** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

### Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."
- ☒ Debts are primarily<br>business debts.

### Filing Fee (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| B1 (Official Form 1)(04/13) | Page 2 |
| --- | --- |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Littleford Day, Inc.** |
| --- | --- |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                                                 Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Littleford Day, Inc.** |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Michael J. Joyce
_____
Signature of Attorney for Debtor(s)

**Michael J. Joyce DE ID# 4563**
Printed Name of Attorney for Debtor(s)

**Cross & Simon, LLC**
Firm Name

**1105 North Market Street**
**Suite 901**
**Wilmington, DE 19801**

Address

**302-777-4200  Fax: 302-777-4224**
Telephone Number

April 2, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Glenn Sherrill Vice*
Signature of Authorized Individual

**Glenn Sherrill Vice**
Printed Name of Authorized Individual

**Interim CEO**
Title of Authorized Individual

April 2, 2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re    **Littleford Day, Inc.**
_____
                                   Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **ADGO Inc. Engineering and Controls**<br>**13988 McMann Road**<br>**Cincinnati, OH 45245** | **ADGO Inc. Engineering and Controls**<br>**13988 McMann Road**<br>**Cincinnati, OH 45245**<br>Fax:513-752-5723 | **Trade debt** | | **42,997.00** |
| **Aerotek Commercial Staffing**<br>**7301 Parkway Drive South**<br>**Hanover, MD 21076** | **Aerotek Commercial Staffing**<br>**7301 Parkway Drive South**<br>**Hanover, MD 21076**<br>Fax:410-663-5030 | **Trade debt** | | **50,593.82** |
| **Alstom Power Inc.**<br>**1500 Jamike Ave**<br>**Erlanger, KY 41018** | **Alstom Power Inc.**<br>**1500 Jamike Ave**<br>**Erlanger, KY 41018** | **Trade debt** | | **81,605.50** |
| **Budzar Industries, Inc.**<br>**38241 Willoughby Parkway**<br>**Willoughby, OH 44094-7582** | **Budzar Industries, Inc.**<br>**38241 Willoughby Parkway**<br>**Willoughby, OH 44094-7582**<br>Fax: 440-918-0606 | **Trade debt** | | **50,211.53** |
| **Cadenas Partsolutions, LLC**<br>**904 Silver Spur Road #344**<br>**Rolling Hills  Estates, CA 90274** | **Cadenas Partsolutions, LLC**<br>**904 Silver Spur Road #344**<br>**Rolling Hills  Estates, CA 90274**<br>Fax: 513-453-0460 | **Trade debt** | | **52,155.00** |
| **Capsugel North American**<br>**Capsugel Building 1**<br>**535 N Emerald Rd**<br>**Greenwood, SC 29646** | **Capsugel North American**<br>**Capsugel Building 1**<br>**535 N Emerald Rd**<br>**Greenwood, SC 29646**<br>Fax: 888-783-6360 | **Customer claim** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **70,113.00** |
| **Cincinnati Metal Fabricating**<br>**891 Redna Terrace**<br>**Cincinnati, OH 45215** | **Cincinnati Metal Fabricating**<br>**891 Redna Terrace**<br>**Cincinnati, OH 45215**<br>Fax:513-779-7205 | **Trade debt** | | **62,510.55** |
| **Department of Revenue**<br>**Property Tax, Finance &**<br>**Administration**<br>**501 High Street**<br>**Frankfort, KY 40601** | **Department of Revenue**<br>**Property Tax, Finance &**<br>**Administration**<br>**501 High Street**<br>**Frankfort, KY 40601**<br>Fax: 502-564-3875 | **Taxes** | **Disputed** | **80,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   __Littleford Day, Inc.__                 Case No.   _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Dimension Machine Co.<br>6614 Lebanon Street<br>Cincinnati, OH 45216 | Dimension Machine Co.<br>6614 Lebanon Street<br>Cincinnati, OH 45216 | Trade debt | | 126,712.00 |
| Don Steedman<br>One Riverside Place #305<br>Covington, KY 41011 | Don Steedman<br>One Riverside Place #305<br>Covington, KY 41011 | Deferred compensation | | 275,726.00 |
| GSI<br>1928 Marshall St.<br>Boone, IA 50036 | GSI<br>1928 Marshall St.<br>Boone, IA 50036<br>Fax: 515-432-5902 | Unpaid commission | | 52,000.00 |
| Hershey Chocolate<br>975 Kansas St.<br>Memphis, TN 38106 | Hershey Chocolate<br>975 Kansas St.<br>Memphis, TN 38106<br>Fax:901-775-5596 | Potential customer claim | Contingent<br>Unliquidated<br>Disputed | 630,112.00 |
| Hershey Foods Corp.<br>Technical Center<br>1025 Reese Ave<br>Hershey, PA 17033 | Hershey Foods Corp.<br>Technical Center<br>1025 Reese Ave<br>Hershey, PA 17033 | Potential customer claim | Contingent<br>Unliquidated<br>Disputed | 97,301.40 |
| Jacquet Midwest, Inc.<br>1908 Dekoven Avenue<br>Racine, WI 53403 | Jacquet Midwest, Inc.<br>1908 Dekoven Avenue<br>Racine, WI 53403<br>Fax: 262-898-1429 | Trade debt | | 108,511.49 |
| Kentucky Department of Revenue<br>501 High Street<br>Frankfort, KY 40601 | Kentucky Department of Revenue<br>501 High Street<br>Frankfort, KY 40601<br>Fax: 502-564-3875 | Taxes | Disputed | 80,000.00 |
| Machintek<br>3721 Port Union Rd.<br>Fairfield, OH 45014-2200 | Machintek<br>3721 Port Union Rd.<br>Fairfield, OH 45014-2200<br>Fax:513-942-4441 | Trade debt | | 41,523.00 |
| Magna Machine Co.<br>11180 Southland Road<br>Cincinnati, OH 45240 | Magna Machine Co.<br>11180 Southland Road<br>Cincinnati, OH 45240 | Trade debt | | 176,146.00 |
| Pension Benefit Guaranty Corporation<br>1200 K Street, NW<br>Washington, DC 20005-4026 | Pension Benefit Guaranty Corporation<br>1200 K Street, NW<br>Washington, DC 20005-4026 | Pension liability | Unliquidated | 5,821,179.00 |
| Steidle Fabricating Company<br>113 Pike Street<br>Bromley, KY 41016-1240 | Steidle Fabricating Company<br>113 Pike Street<br>Bromley, KY 41016-1240<br>Fax: 859-581-1105 | Trade debt | | 84,991.00 |
| Vinyltech Corp.<br>201 S 61ST Ave<br>Phoenix, AZ 85043 | Vinyltech Corp.<br>201 S 61ST Ave<br>Phoenix, AZ 85043 | Customer claim | Contingent<br>Unliquidated<br>Disputed | 92,697.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Littleford Day, Inc.**                                                          Case No.   _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Interim CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   _APRIL 2, 2015_                    Signature   _Glenn Sherrill Vice_

                                                 **Glenn Sherrill Vice**
                                                 **Interim CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re    **Littleford Day, Inc.**

_____,
Debtor

Case No. _____

Chapter _____ **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jane T. Brandstatter**<br>**2140 Weaver**<br>**Niles, MI 49120** | | **1,834** | |
| **James E. Bushman**<br>**3040 Forrer Street**<br>**Cincinnati, OH 45209** | | **2,064** | |
| **Nancy W. Hanna**<br>**300 East 56th Street**<br>**Apt. 27G**<br>**New York, NY 10022** | | **50** | |
| **Currie Heinze**<br>**5046 N. Wolcott**<br>**Apt 1S**<br>**Chicago, IL 60640-2668** | | **519** | |
| **Margaret W. Heinze**<br>**547 Gramercy Drive NE**<br>**Marietta, GA 30068** | | **4,104** | |
| **Robert R. Heinze**<br>**30370 Copper Hill Ct.**<br>**Redlands, CA 92373-7373** | | **519** | |
| **Robert W. Heinze**<br>**1347 South Center Street**<br>**Redlands, CA 92373** | | **176** | |
| **Michael K. Littleford**<br>**Palm & Company Trustee**<br>**c/o PNC Bank, N.A.**<br>**249 Fifth Avenue**<br>**Pittsburgh, PA 15222** | | **836** | |
| **William D. Littleford**<br>**43 Hedge Row Road**<br>**Princeton, NJ 08540** | | **2,747.00** | |
| **Michael K. Littleford Revocable Trust**<br>**c/o Citi Trust**<br>**One Court Square 17th Floor**<br>**Attn: John Spiess**<br>**Long Island City, NY 11120** | | **3449.50** | |

**4**_____ continuation sheets attached to List of Equity Security Holders

In re  **Littleford Day, Inc.**                                                        Case No. _____
                                                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ann W. Moody**<br>**RFD #1 Box 240**<br>**Pembroke, ME 04666** | | **50** | |
| **Ann Heinze Reber**<br>**8539 Highton Court**<br>**Cincinnati, OH 45236** | | **5,142** | |
| **James S. Ross**<br>**Palm & Company Trustee**<br>**c/o PNC Bank, N.A.**<br>**249 Fifth Avenue**<br>**Pittsburgh, PA 15222** | | **4,591** | |
| **John W. Ross**<br>**c/o Diana Budke**<br>**312 Walnut Street**<br>**Suite #3300**<br>**Cincinnati, OH 45202** | | **4,592** | |
| **Robert F. Ross**<br>**Palm & Company Trustee**<br>**c/o PNC Bank, N.A.**<br>**249 Fifth Avenue**<br>**Pittsburgh, PA 15222** | | **4,327** | |
| **Robert F. Ross**<br>**660 Buffalo Trace**<br>**Maysville, KY 41056** | | **264** | |
| **Samuel Stegeman & Leslie Chaison**<br>**as Custodians for Elias O. Stegeman**<br>**204 Bardwells Ferry Road**<br>**Conway, MA 01341** | | **600** | |
| **Adam & Shannon Stegeman**<br>**as Custodians for Emma W. Stegeman**<br>**1 Elvendon Priory Cottage**<br>**Elvendon Rd**<br>**Goring RG8 0LR, UK** | | **500** | |
| **Adam & Shannon Stegeman**<br>**as Custodians for Owen L. Stegeman**<br>**1 Elvendon Priory Cottage**<br>**Elvendon Rd**<br>**Goring RG8 0LR, UK** | | **500** | |
| **Adam R. Stegeman**<br>**1 Elvendon Priory Cottage**<br>**Elvendon Rd**<br>**Goring RG8 0LR, UK** | | **2,922** | |

Sheet __1__ of __4__ continuation sheets attached to the List of Equity Security Holders

In re    **Littleford Day, Inc.**                                        ,        Case No. _____
                                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Carolyn B. Stegeman**<br>**P.O. Box 602**<br>**Williamstown, MA 01267** | | **100** | |
| **Robert H. Stegeman, Jr.**<br>**P.O. Box 602**<br>**Williamstown, MA 01267** | | **100** | |
| **Samuel Stegeman**<br>**Custodian for Rosa L. Stegeman**<br>**204 Bardwells Ferry Road**<br>**Conway, MA 01341** | | **600** | |
| **Samuel W. Stegeman**<br>**204 Bardwells Ferry Road**<br>**Conway, MA 01341** | | **1,926** | |
| **Shannon H. Stegeman**<br>**1 Elvendon Priory Cottage**<br>**Elvendon Rd**<br>**Goring RG8 0LR, UK** | | **200** | |
| **Abigail H. Todd**<br>**C/o Thomas S. Todd**<br>**300 Hampton Road**<br>**Pittsburgh, PA 15215** | | **2,000** | |
| **Heather Hardie Todd**<br>**2465 119th Court NE**<br>**Unit B**<br>**Minneapolis, MN 55449-4864** | | **7,138** | |
| **Jack S. Todd**<br>**c/o Mr. Thomas S. Todd**<br>**300 Hampton Road**<br>**Pittsburgh, PA 15215** | | **2,000** | |
| **Thomas Spencer Todd**<br>**300 Hampton Road**<br>**Pittsburgh, PA 15215** | | **2,200** | |
| **Wendy H. Todd**<br>**300 Hampton Road**<br>**Pittsburgh, PA 15215** | | **938** | |
| **Marion Towne**<br>**Palm & Company Trustee**<br>**c/o PNC Bank, N.A.**<br>**249 Fifth Avenue**<br>**Pittsburgh, PA 15222** | | **835** | |

Sheet   **2**   of   **4**   continuation sheets attached to the List of Equity Security Holders

In re  **Littleford Day, Inc.**
_____,  Case No. _____
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joseph J. Towne, Sr.**<br>**Palm & Company Trustee**<br>**c/o PNC Bank, N.A.**<br>**249 Fifth Avenue**<br>**Pittsburgh, PA 15222** | | **835** | |
| **Christopher Tyler**<br>**3172 Wild Dune Path**<br>**Stevensville, MI 49127** | | **1,833** | |
| **Matthew Tyler**<br>**15630 Signal Hill Court**<br>**Granger, IN 46530** | | **1,948** | |
| **Scott Tyler**<br>**814 Weesaw**<br>**Niles, MI 49120** | | **1,833** | |
| **Arthur William Wadsworth II**<br>**70 Jane Street**<br>**New York, NY 10014** | | **50** | |
| **Christopher Walker Wadsworth**<br>**3737 Clay Street**<br>**San Francisco, CA 94118** | | **2,037** | |
| **Elizabeth Jane Wadsworth**<br>**206 W. 20th Avenue**<br>**Eugene, OR 97405** | | **2,084** | |
| **John S. Wadsworth, III**<br>**417 Belvue Lane**<br>**Newport Beach, CA 92661** | | **11,718** | |
| **John S. Wadsworth, Jr.**<br>**The Hermitage #1**<br>**1020 Vallejo Street**<br>**San Francisco, CA 94133** | | **100** | |
| **John S. Wadsworth, Sr., (deceased)** | | **100** | |
| **Anne L. Walsh**<br>**5154 Schmudde-Phillips Road**<br>**Alexandria, KY 41001** | | **836** | |
| **Anne Littleford Walsh**<br>**c/o PNC Bank**<br>**500 West Jefferson Street**<br>**attn: Maureen Cummins**<br>**Louisville, KY 40202** | | **3,449.5** | |

Sheet __3__ of __4__ continuation sheets attached to the List of Equity Security Holders

In re   **Littleford Day, Inc.** _____ ,    Case No. _____

                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ryan Donaldson Walsh<br>1064 Blossom Drive<br>Newport, KY 41076 | | 792 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Interim CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___April 2, 2015_____        Signature___*Glenn Sherrill Vice*_____

                                                **Glenn Sherrill Vice**
                                                **Interim CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet __4__ of __4__ continuation sheets attached to the List of Equity Security Holders

Littleford Day, Inc.
7451 Empire Drive
Florence, KY 41042

.

Michael Joyce
Cross & Simon, LLC
1105 North Market Street
Suite 901
Wilmington, DE 19801

4-To-Go LLC
Attn: John Ross
379 Smith-Martin Lane
Cynthiana, KY 41031

4-To-Go, LLC
Attn: Johns W. Ross, Jr.
7451 Empire Drive
Florence, KY 41042-2985

Able Tool Company
617 N Wayne Avenue
Cincinnati, OH 45215

ACME
46 Anchor Inn Road
P.O. Box 1099
Punxsutawney, PA 15767

ADGO Inc. Engineering and Controls
13988 McMann Road
Cincinnati, OH 45245

ADHACO Hardware
17620 Chicago Ave
Lansing, IL 60438

Aerotek Commercial Staffing
7301 Parkway Drive South
Hanover, MD 21076

Affordable Language Services
8944 Blue Ash Road
Cincinnati, OH 45252

ALRO Steel Corporation
821 Springfield Street
Dayton, OH 45403

Alstom Power Inc.
1500 Jamike Ave
Erlanger, KY 41018

Anixter
2801 Patriot Blvd
Glenview, IIL 60026-0000

Apex Tool
62661 Collection Center
Chicago, IL 60693

Applied Industrial Technologies
10787 Dixie Highway
Richwood, KY 41094

Arrow Gear Company
2301 Curtiss Street
Downers Grove, IL 60515-4036

Assured CE Solutions
29940 Eddy Road
Willoughby Hills, OH 44094

AT&T Mobility
c/o Bankruptcy
1801 Valley View Lane
Dallas, TX 75234

Atlas Machine & Supply Inc..
7000 Global Drive
Louisville, KY 40258

Augur Metal Products
10208 Toebben Drive
Independence, KY 41051

AVI Foodsystems, Inc.
2590 Elm Road N.E.
Warren, OH 44483-2997

B&P Process Equipment
1000 Hess Avenue
Saginaw, MI 48601

B.W. Rogers Co.
2513 Crescentville Road
Cincinnati, OH 45241-1575

Bay Cast, Inc.
2611 Center Avenue
Bay City, MI 48708

Becker Electric Company
11310 Mosteller Rd.
Cincinnati, OH 45241

Beryl Corporation
312 West Center Cross Street
Edinburgh, IN 46124

Cori R. Besse
The Law Firm of Sadlowski &
Besse LLC
11427 Reed Hartman Highway
Cincinnati, OH 45241

BKD LLP
312 Walnut Street
Suite 3000
Cincinnati, OH 45202

Blue Ash Industrial Supply Inc.
6909 Cornell Rd.
Cincinnati, OH 45242

Boone County Finance Department
Boone County Admin Bldg
2nd Floor, Room 205
2950 Washington Street
Burlington, KY 41005

Braun Brush Company
43 Albertson Avenue
Albertson, NY 11507

Jerry Brewing
1051 Minning Drive
Batavia, OH 45103

Budzar Industries, Inc.
38241 Willoughby Parkway
Willoughby, OH 44094-7582

BWF America, Inc.
1800 Worldwide Blvd.
Hebron, KY 41048

Byron Products
3781 Port Union Rd
Fairfield, OH 45014

C & E Sales, Inc.
677 Congress Park Drive
P.O. Box 750128
Dayton, OH 45459

Cadenas Partsolutions, LLC
904 Silver Spur Road #344
Rolling Hills Estates, CA 90274

Capsugel North American
Capsugel Building 1
535 N Emerald Rd
Greenwood, SC 29646

John Carlton
Whiteford Taylor Preston
7 Saint Paul Street
Baltimore, MD 21202-1626

CB&I Environmental and Infrastructure
39001 Treasury Center
Chicago, IL 60694-6000

CBT Company
737 West 6th Street
Cincinnati, OH 45203

Chicago Pipe
4535 W Lake Street
Chicago, IL 60624

Cincinnati Bell
209 W. 7th St. #1
Cincinnati, OH 45202

Cincinnati Metal Fabricating
891 Redna Terrace
Cincinnati, OH 45215

Cincinnati Valve & Fitting Co.
11633 Deerfield Road
Cincinnati, OH 45242

Cintas Corporation - #001
5570 Ridge Rd.
Cincinnati, OH 45213

Cintas First Aid and Safety of73
690 E Crescentville Road
Cincinnati, OH 45246

City of Florence Finance Departme
Florence Government Center
8100 Ewing Boulevard
Florence, KY 41042

Clarion Safety Systems, LLC
190 Old Milford Road
P.O. Box1174
Milford, PA 18337

CNC  Machinery Solutions
111  Center Park Drive
Suite  209
Knoxville, TN 37922

RC Couch
112 Moorage Ct
New Richmond, OH 45157

Cross & Simon LLC
1105 North Market St.
Suite 901
Wilmington, DE 19801

Debra-Kuempel
3976 Southern Ave.
Cincinnati, OH 45277

Department of Revenue
Property Tax, Finance & Administra
501 High Street
Frankfort, KY 40601

Derrick Co., Inc.
4560 Kellogg Ave
Cincinnati, OH 45226

Det Norske Veritas (USA), Inc.
5777 Frantz Road
Dublin, OH 43017

Dimension Machine Co.
6614 Lebanon Street
Cincinnati, OH 45216

Don Johns, Inc.
7919 Third Streeet Rd.
Louisville, KY 40214

Don Steedman
One Riverside Place #305
Covington, KY 41011

Drumm
19035 Old Detroit Road
Rocky River, OH 44116

Duff Norton Company
9415 Pioneer Avenue
Charlotte, NC 28273

Duke Energy
526 S. Church St.
Charlotte, NC 28202

E&A Integrated Systems
100 Urton Lane, Suite 100
Louisville, KY 40223-3944

Eagle Burgmann Industries LP
3478 Hauck Road
Cincinnati, OH 45241

Eagle Equipment Corporation
245 Industrial Dr.
Franklin, OH 45005

EASI Engineering
7301 Parkway Drive
Hanover, MD 21076

Emergency Systems
8199 Dream Street
Florence, KY 41042

Employers Resource Association
1200 Edison Road
Cincinnati, OH 45216-2276

Enco Manufacturing Co
5000 W Bloomingdale Ave
Chicago, IL 60639

ENSCO
6622 E Cornell Ave
Denver, CO 80224

Equipment Depot
Material Handling and Power Systems
1342 Jamike Avenue
Erlanger, KY 41018

Essentra Components
2265 Black Creek Road
Muskegon, MI 49444-2684

Eutectic Corporation
9625J Southern Pines Blvd
Charlotte, NC 28273-5558

EX Line Inc.
3256 E. Country Club Road
P/O Box 1487
Salina, KS 67402-1487

Federal Supply
1840 Airport Exchange Blvd.
Suite 160
Erlanger, KY 41018

Figgins Abrasive & Supply Company
6473 Jennifer Ct.
Liberty Twp., OH 45044

First Financial Bank
300 High St.
Hamilton, OH 45011

Fisher Cast Steel
12 East Town Street
West Jefferson, OH 43162

Fisher Scientific Company
585 Alpha Drive
Pittsburgh, PA 15238

Florence Hardware Inc
7110 Dixie Highway
U.S. 25 & 42
Florence, KY 41042

Fluidol
2125 South James Road
Columbus, OH 43232

Franchise Tax Board
3321 Power Inn Rd #250
Sacramento, CA 95826

Frontier - A Citizens Communications
High Ridge Pk Bldg 3
Stamford, CT 06905

Frost Brown Todd
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

Gebruder Lodige
Elsener Strusse 7
33102 Paderborn, Germany

GEMCO
301 Smalley Ave.
Middlesex, NJ 08848-2289

GF/WD Supply
4811 Winton Rd.
Cincinnati, OH 45232

Good Earth Tools, Inc.
4 Industrial Drive
P.O. Box 66
Crystal City, MO 63019-0066

Grainger
10075 Sam Neace Drive
Florence, KY 41042

David Griffith
5097 Meyers Land
Cincinnati, OH 45242

GSI
1928 Marshall St.
Boone, IA 50036

Hamilton Industrial Knife &
Machine Co.
240 North "B" Street
Hamilton, OH 45013

Hershey Chocolate
975 Kansas St.
Memphis, TN 38106

Hershey Foods Corp.
Technical Center
1025 Reese Ave
Hershey, PA 17033

Hoeganaes Corp
4330 Paradise Road
Watsontown, PA 17777

Horan
4990 East Galbraith Road
Cincinnati, OH 45236

IDG, Inc.
9407 Meridian Way
West Chester, OH 45069

Industrial Controls Distributors LLC
17 Christopher Way
Eatontown, NJ 07724

Infor Global Solutions
13560 Morris Rd.
Suite 4100
Alpharetta, GA 30004

Inspection Now, LLC
1051 Minning Drive
Batavia, OH 45103

Intercall
1 Glenlake Pkwy NE #975
Atlanta, GA 30328

IPEG
200 West Kensinger Drive
Suite 100
Cranberry Twp, PA 16066

J & S Soap & Supply Co
2043 Harrison Avenue
Cincinnati, OH 45214

J. W. Winco
2815 South Carolina
New Berlin, WI 53151

Jacquet Midwest, Inc.
1908 Dekoven Avenue
Racine, WI 53403

JM Canty C/O
6100 Donner Road
Lockport, NY 14094

Johnson Doppler Lumber
3320 Liewellyn Avenue
Cincinnati, OH 45223

JWF Technologies
6820 Fairfield Business Drive
Fairfield, OH 45014

Kanawha Scales and Systems
26 Whitney Drive
Milford, OH 45150

Kason Central
8889 Whitney Drive
Lewis Center, OH 43035

Kennametal, Inc.
8910 Lenox Pointe Drive F
Charlotte, NC 28273

Kentucky Department of Revenue
501 High Street
Frankfort, KY 40601

Kentucky Department of Revenue
Division of Collections
501 High Street, 9th Floor
Frankfort, KY 40601

Kentucky Fluidair Inc.
9003 Empire Connector Road
Florence, KY 41042

Key Solutions
4 Interstate Access Road
Wilder, KY 41076

Charles Kroeger
9378 Kempergrove Lane
Loveland, OH 45140

L.B. Machine
1640 Lionel Street
Cincinnati, OH 45214

Leonhardt Plating Company
5753 Este Avenue
Cincinnati, OH 45232-1434

Machintek
3721 Port Union Rd.
Fairfield, OH 45014-2200

Magna Corporation
141 Siefferman Road
West Harrison, IN 47060

Magna Machine Co.
11180 Southland Road
Cincinnati, OH 45240

Mallender, Inc.
9500 Glades Drive
West Chester Township
Hamilton, OH 45011

Main Line Supply
121 Hosea Avenue
Cincinnati, OH 45215

Mainsource Bank
107 N. State Street
West Harrison, IN 47060

Marmon/Keystone
1155 Victory Place
Hebron, KY 41048

Martin Machining Services, Inc.
602 Main Street
Elsmere, KY 41018

Matlock Electric Co., Inc.
2780 Highland Ave
Cincinnati, OH 45212

Matthos Filhos
AL Joaquim Eugenio de Lima 447
Sao Paulo Sp, BRASIL 00140-3001

McMaster-Carr Supply
200 Aurora Industrial Pkwy
Aurora, OH 44202-8087

Mechanical Dynamics
900 Piedmont Dr.
Wiinter Haven, FL 33880

Mechanical Systems
800 Weaver Lane, Suite A
Dundas, MN 55019

Metal Polishing Specialties LLC
5170 Wooster Rd
Cincinnati, OH 45226

Michigan Department of Treasury
Tax Policy Division
2nd Floor, Austin Building
430 West Allegan Street
Lansing, MI 48922

Monarch Automation
8890 Eagle Ridge Court
West Chester, OH 45060

Mr. Label Co.
5018 Gray Rd
Cincinnati, OH 45232

N-Stock Box
1500 S University Blvd
Middletown, OH 45044

Dave Naugle
4600 Beechgrove Drive
Independence, KY 41051

Nord Gear Corporation
800 Nord Drive
Waunakee, WI 53597

Northend Gear & Machine Co.
475 Security Drive
Fairfield, OH 45014

Northern Kentucky Water District
2835 Crescent Springs Rd
Erlanger, KY 41018

O'Brien Supply
4780 Industry Drive  #1
Fairfield, OH 45014

Ohio CAT
5232 Walcutt Ct.
Columbus, OH 43228

Ohio Valley Gasket
5210 Duff Drive
Cincinnati, OH 45240

Mark Ortiz
1145 Glen Echo Lane
Milford, OH 45150

P & C Metal Poliching Inc.
340 Glendale Milford
Cincinnati, OH 45215

Parker Hannifin Corp
C/O Eagle Equipment Corporation
245 Industrial Drive
Franklin, OH 45005

Parker Store of Kentucky
9003 Empire Connector Rd.
Florence, KY 41042

Paul Mueller Company
C/O WT Bryan and Associates
11275 Sebring Drive
Cincinnati, OH 45240

Payroll Partners
250 Grandview Drive
Suite 50
Ft Mitchell, KY 41017

Pension Benefit Guaranty Corporati
1200 K Street, NW
Washington, DC 20005-4026

Randy Pidcock
Staff Representative
USW -District 8
200 High Rise Drive, Suite 144
Louisville, KY 40213

Pilot Freight Services
2611 Regent Blvd
Dallas, TX 75261

PNC Bank
1 East Fifth Street
Cincinnati, OH 45202

Pneutech Engineering
1730 Park Street, Suite 2
Naperville, IL 60563

Process Controls Corp.
3273 West North Bend Rd.
Cincinnati, OH 45239

Process Pump & Seal, Inc.
2993 Woodsdale Road
Trenton, OH 45067

Quality Manufacturing Co.
1551 Queen City Ave
Cincinnati, OH 45214

Queen City Reprograph
2863 E. Sharon Road
Cincinnati, OH 45241

R&M Welding Products
105 Williams Way
Wilder, KY 41076

R. E. Kramig & Co., Inc.
323 South Wayne Avenue
Cincinnati, OH 45215

RapidForms, Inc.
301 Grove Road
Thorofare, NJ 08086

Rawdon Myers, Inc.
300 Milford Parkway
Milford, OH 45150

RG McGraw
324 East Fourth Street
Cincinnati, OH 45202

Robert-James Sales Inc.
2329 Executive Drive
Indianapolis, IN 46241

Rocket Supply Co., Inc.
Wulco, Inc.
6899 Steger Drive #A
Cincinnati, OH 45237

Rodem Processing Equip.
5095 Crookshank Road
Cincinnati, OH 45238

Roto-Disc Company
514 Enterprise Drive, Unit A
Erlanger, KY 41017

Royal Wire Products, Inc.
13450 York Delta Dr.
North Royalton, OH 44133

S&K
1220 Rt. 143
Lenhartsville, PA 19534

S&K Metal
4194 Taylor Road
Batavia, OH 45103

Scott Industrial Systems, Inc.
4433 Interpoint Blvd.
Dayton, OH 45424

Sentry Equipment Corp.
966 Blue Ribbon Circle North
PO Box 127
Oconomowoc, WI 53066

Shamrock
421 Metro Park Drive
McKinney, TX 75071

Shanghai Machinery Complete Equ
Group Engineering Co. LTD.
19/F Hengda Plaza
285 Changshou Road
200060 Shanghai, China

Sheriff Michael Helmig
Boone County Sheriff
3000 Conrad Lane
Burlington, KY 41005

Sherman & Schroder
2300 Wall Street, Suite J
Cincinnati, OH 45212-2783

Siemens Energy & Automation, Inc
4620 Forest Ave.
Cincinnati, OH 45212

SIFCO Applied Surface Concepts
5708 Schaaf Rd.
Cleveland, OH 44131

Simplex Grinnell
Dept. CH 10320
Palatine, IL 60055-0320

SKF USA Inc.
890 Forty Foot Road
P.O. Box 352
Lansdale, PA 19446-0352

Softworld, Inc.
281 Winter Street
Suite, 301
Waltham, MA 02451

Speed Selector, Inc.
17050 Munn Rd.
Chagrin Falls, OH 44022

Spraying Systems Co. Inc.
C/O E.I. Pfaff
P.O. Box 8158,
Cincinnati, OH 45208-0158

Stafford MFG Corp
56 Andover Street
Wilmington, MA 01887

Star Manufacturing LLC
9818 Princeton Glendale Rd.
Cincinnati, OH 45246

State Board of Equalization
3321 Power Inn Rd.
Sacramento, CA 95826

Steidle Fabricating Company
113 Pike Street
Bromley, KY 41016-1240

Stellite Coatings
1201 Eisenhower Drive North
Goshen, IN 46526

Sunsource/PABCO
5750 Hillside Avenue
Cincinnati, OH 45233

Superior Interlock Corp
73-39 Central Ave.
Glendale, NY 11385

Tech Products Corporation
2215 Lyons Road
Dayton, OH 45342-4465

Teletrac, INC.
32472 Collection Center Drive
Chicago, IL 60693-0324

TEMEC
25 Rue Singer
75016 Paris, France

The Fastenal Company
8983 Empire Connector Drive
Florence, KY 41042

The Metzger Machine CO
2165 Spring Grove Avenue
Cincinnati, OH 45214

Timber Products Inspection
1641 Sigman Road
Conyers, GA 30012

Triad Fluid Power
11555 Goldcoast Drive
Cincinnati, OH 45249

Trophy Awards
1023 Town Drive
Wilder, KY 41076

Trotter
3330 Erie Avenue Ste 17
Cincinnati, OH 45208

U.S. Safety Service Co.
8101 Lenexa Dr.
P.O. Box 15965
Lenexa, KS 66285-5965

UNIVAR USA Inc.
4600 Dues Drive
Cincinnati, OH 45246

Verizon
Verizon Bankruptcy Administration
500 Technology Drive
Suite 550
Saint Charles, MO 63304

Vinyltech Corp.
201 S 61ST Ave
Phoenix, AZ 85043

Weg Electric Motors Corp.
1327 Northbrook Parkway
Suwanee, GA 30024

Weld Puls, Inc.
4790 River Road
Cincinnati, OH 45233

Lew Wilson
11 St. Jude Circle
Florence, KY 41042

Wintek Corporation
230 US Highway 206
Building 4  Suite 1
Flanders, NJ 07836

# United States Bankruptcy Court
## District of Delaware

In re  __Littleford Day, Inc.__

Debtor(s)

Case No.

Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Interim CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    __April 2, 2015__

**Glenn Sherrill Vice/Interim CEO**
Signer/Title

# United States Bankruptcy Court
## District of Delaware

In re   **Littleford Day, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Littleford Day, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April  2, 2015

Date

**/s/ Michael J. Joyce**

**Michael J. Joyce**

Signature of Attorney or Litigant

Counsel for   **Littleford Day, Inc.**

**Cross & Simon, LLC**

**1105 North Market Street**
**Suite 901**
**Wilmington, DE 19801**
**302-777-4200 Fax:302-777-4224**

## RESOLUTIONS OF THE BOARD OF DIRECTORS
## OF LITTLEFORD DAY, INC.

WHEREAS, on March 25, 2015, the following resolutions were duly adopted at a special meeting of the Board of Directors ("Board") of Littleford Day, Inc. (the "Company"), in accordance with the requirements of applicable law, and said resolutions have not been modified or rescinded, and are still in full force and effect on the date hereof; and

WHEREAS, the Board has considered the financial and operational condition of the Company, including its assets and liabilities, its operational performance, and its prospects for reorganization; and

NOW THEREFORE, BE IT

RESOLVED that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, stockholders, and other equity interest holders and interested parties, for the Company to file a petition ("Petition") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court"); and it is further

RESOLVED that the filing of the Petition is hereby approved; and it is further

RESOLVED that Glenn Sherrill Vice, the Chief Executive Officer of the Company (the "Authorized Officer"), be, and hereby is authorized to execute, verify and file the Petition on behalf of the Company and is hereby appointed by the Board as the authorized signatory with authority to take any such other actions as is necessary or appropriate to effectuate the Company's bankruptcy filing; and it is further

RESOLVED that the Authorized Officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers; and it is further

RESOLVED that the Authorized Officer be, and hereby is, authorized to employ and retain legal counsel, accountants, or other professionals to assist in the Company's efforts in chapter 11, and to take any and all action that he deems necessary, proper, or desirable in connection with the chapter 11 case, including, but not limited to, (i) all actions necessary, proper, or desirable to obtain debtor-in-possession financing from one or more lenders, including, without limitation, the granting of super-priority administrative and secured claims and the execution of loan agreements and ancillary documents, (ii) all actions necessary, proper, or desirable to explore and effectuate sale options for the company and/or its assets, which could include the filing of a motion to sell the Company's assets, a motion for approval of bidding procedures and the approval and filing of other related documents, affidavits, motions, pleadings or papers, and (iii) all actions necessary, proper or desirable to address labor, pension and other benefit plan issues and liabilities, which could include the Company taking measures provided for in sections 1113 or 1114 of chapter 11 of the Bankruptcy Code; and it is further

RESOLVED that the law firms of Cross & Simon, LLC and McGuireWoods LLP be, and hereby are employed as local and general bankruptcy counsel for the Company, respectively, and where applicable, its special conflicts counsel, subject to Bankruptcy Court approval; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy case, and

to cause to be filed the appropriate applications for authority to retain the services of Cross & Simon, LLC and McGuireWoods LLP; and it is further

RESOLVED that the Authorized Officer be, and hereby is, authorized and directed to employ any other individual and/or firm as professionals or consultants or financial advisors of the Company as are deemed to be necessary to represent and assist the Company in carrying out its duties under Title 11 of the Bankruptcy Code, including, without limitation, a chief restructuring officer, and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of such firms or individuals, and it is further

RESOLVED that the Authorized Officer be, and hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to pay and direct the payment of all court-approved fees and expenses incurred in connection with the Company's chapter 11 case; and it is further

RESOLVED that to the extent authorized by the Board of Directors, each and every officer fo the Company be, and each of them acting alone hereby is, authorized, directed and empowered from time to time in the name and on behalf of the Company to (a) take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officer may deem to be necessary, advisable or proper to carry out the intent and purpose of the foregoing resolutions, including the execution and delivery of any security agreements, pledges, financing statements and the like, and (b) perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Company; and it is further

RESOLVED that this written consent may be executed in one or more counterparts, and when each signatory hereto has executed at least one counterpart, including execution in any electronic format, the resolutions contained herein shall be deemed adopted and in full force and effect as of the date hereof; and it is further

RESOLVED that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and the Board of Directorws, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such actions were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

The foregoing Resolutions are approved on and as of this 25th day of March, 2015.

_____
Pat Brandstatter, Board Member


_____
Margaret Heinze, Board Member


_____
John Ross, Board Member


_____
Adam R. Stegeman, Board Member


_____
Matt Tyler, Board Member


_____
John S. Wadsworth, III, Board Member


_____
Glenn Sherill Vice, Interim Chief Executive Officer

3

The foregoing Resolutions are approved on and as of this 25th day of March, 2015.

_____
Pat Brandstatter, Board Member

_____
Margaret Heinze, Board Member

_____
John Ross, Board Member

_____
Adam R. Stegeman, Board Member

_____
Matt Tyler, Board Member

_____
John S. Wadsworth, III, Board Member

_____
Glenn Sherill Vice, Interim Chief Executive
Officer

The foregoing Resolutions are approved on and as of this 25th day of March, 2015.

_____
Pat Brandstatter, Board Member


_____
Margaret Heinze, Board Member


_____
John Ross, Board Member


_____
Adam R. Stegeman, Board Member


_____
Matt Tyler, Board Member


_____
John S. Wadsworth, III, Board Member


_____
Glenn Sherill Vice, Interim Chief Executive
Officer

Margaret Heinze, Board Member

John Ross, Board Member

Adam R. Stegeman, Board Member

Matt Tyler, Board Member

John S. Wadsworth, III, Board Member

Glenn Sherill Vice, Interim Chief Executive Officer

3

The foregoing Resolutions are approved on and as of this 25th day of March, 2015.

_____
Pat Brandstatter, Board Member


_____
Margaret Heinze, Board Member


_____
John Ross, Board Member


_____
Adam R. Stegeman, Board Member


_____
Matt Tyler, Board Member


_____
John S. Wadsworth, III, Board Member


_____
Glenn Sherill Vice, Interim Chief Executive
Officer

3

The foregoing Resolutions are approved on and as of this 25th day of March, 2015.

_____
Pat Brandstatter, Board Member


_____
Margaret Heinze, Board Member


_____
John Ross, Board Member


_____
Adam R. Stegeman, Board Member


_____
Matt Tyler, Board Member


_____
John S. Wadsworth, III, Board Member


_____
Glenn Sherill Vice, Interim Chief Executive
Officer

3

The foregoing Resolutions are approved on and as of this 25th day of March, 2015.

_____
Pat Brandstatter, Board Member

_____
Margaret Heinze, Board Member

_____
John Ross, Board Member

_____
Adam R. Stegeman, Board Member

_____
Matt Tyler, Board Member

_____
John S. Wadsworth, III, Board Member

*Glenn Sherrill Vice*

Glenn Sherill Vice, Interim Chief Executive
Officer

3