**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 15-10722 (KG) |
| LITTLEFORD DAY, INC.,[1] | ) | |
| | ) | Hearing Date: May 1, 2015 at 10:00 a.m. |
| Debtor. | ) | Obj. Deadline: April 24, 2015 at 4:00 p.m. |
| | ) | |
| | ) | Re: Docket Nos. 12, 50 |

**NOTICE OF ENTRY OF INTERIM ORDER AND NOTICE OF FINAL HEARING REGARDING MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 363(c), 364(c)(1-3) AND 507 AND FED. R. BANKR. P. 2002, 4001 AND 9014 (I) AUTHORIZING DEBTOR TO OBTAIN POSTPETITION FINANCING PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE, (II) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE, (III) GRANTING LIENS AND SUPER-PRIORITY CLAIMS, AND (IV) SCHEDULING A FINAL HEARING PURSUANT TO FED. R. BANKR. P. 4001(a) AND (c)**

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) THE DEBTOR'S TWENTY (20) LARGEST UNSECURED CREDITORS; (III) COUNSEL TO THE DEBTOR'S POST-PETITION SECURED LENDER; AND (IV) ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002.

**PLEASE TAKE NOTICE** that, on April 2, 2015, the above-captioned debtor and debtor-in-possession, Littleford Day, Inc. (the "Debtor") filed the *Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 363(c), 364(c)(1-3) and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Liens and Super-Priority Claims, and (IV) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(a) and (c)* [Docket No. 12] (the "Motion"), attached hereto as Exhibit "A".

**PLEASE TAKE FURTHER NOTICE** that, on April 8, 2015 the United States Bankruptcy Court for the District of Delaware entered the *Order (A) Authorizing Debtor to Obtain Interim Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 105 and 364(c); (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362; (C) Authorizing Debtor to Enter Into Financing*

---

[1] The last four digits of Debtor's taxpayer identification number are 7511. Debtor's corporate headquarters are located at 7451 Empire Drive, Florence, Kentucky 41042.

*Agreements; and (D) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001* [Docket No. 50] (the "Interim Order"), attached hereto as Exhibit "B".

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the entry of a final order approving the Motion must be filed on or before **April 24, 2015 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware, 19801. At the same time, you must serve a copy of the objection upon the following parties so as to be received on or before the Objection Deadline:

(i) proposed counsel to the Debtors: Cross & Simon, LLC, 1105 N. Market Street, Suite 901, Wilmington, DE 19801 (Attn: Michael J. Joyce, Esq. and Kevin S. Mann, Esq.); and McGuireWoods LLP, EQT Plaza, 625 Liberty Avenue, 23rd Floor, Pittsburgh, PA 15222 (Attn: Michael J. Roeschenthaler, Esq.);

(ii) counsel for the DIP Lender: Whiteford, Taylor & Preston L.L.P., Seven St. Paul Street, Baltimore, Maryland 21202-1626 (Attn: John F. Carlton, Esq.); and

(iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Linda Casey, Esq.).

PLEASE TAKE FURTHER NOTICE THAT A FINAL HEARING ON THE MOTION WILL BE HELD **MAY 1, 2015 AT 10:00 A.M. (prevailing Eastern Time)** BEFORE THE HONORABLE KEVIN GROSS, JUDGE, UNITED STATES BANKRUPCY COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM NO. 3, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE, 19801.

PLEASE TAKE FURTHER NOTICE that if you fail to respond in accordance with this notice, the Court may grant the relief requested and enter a final order without further notice of hearing.

Dated: April 8, 2015          **CROSS & SIMON, LLC**

*/s/ Kevin S. Mann*
Michael J. Joyce (No. 4563)
Kevin S. Mann (No. 4576)
1105 North Market Street
Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
mjoyce@crosslaw.com
kmann@crosslaw.com

-and-

Michael J. Roeschenthaler (PA 87647)
Frank J. Guadagnino (PA 309768)
**McGUIREWOODS LLP**
EQT Plaza
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
Telephone: (412) 667-6000
Facsimile: (412) 667-6050
mroeschenthaler@mcguirewoods.com
fguadagnino@mcguirewoods.com

*Proposed Attorneys for the Debtor and Debtor-in-Possession*