IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Littleford Day, Inc.,[1] | ) | |
| | ) | Case No. 15-10722 (KG) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 1, 2015 AT 10:00 A.M.**

MATTERS WITH CERTIFICATE OF NO OBJECTION

1. Debtor's Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service; (II) Approving the Debtor's Proposed Form of Adequate Assurance of Payment to Utilities; and (III) Establishing Procedures for Resolving Requests for Additional Assurance [D.I. 4, Filed 4/2/15].

   *Objection deadline:*   April 24, 2015 at 4:00 p.m.

   *Objections/Responses:*   None.

   *Related Documents*:

   A.   Interim Order Prohibiting Utilities From Altering, Refusing, or Discontinuing Service; (II) Approving the Debtor's Proposed Form of Adequate Assurance of Payment to Utilities; and (III) Establishing Procedures for Resolving Requests for Additional Assurance [D.I. 44, Entered 4/7/15];

   B.   Notice of Entry of Interim Order and Notice of Final Hearing Regarding Debtor's Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service; (II) Approving the Debtor's Proposed form of Adequate Assurance of Payment to Utilities; and (III) Establishing Procedures for Resolving Requests for Additional Assurance [D.I. 56, Filed 4/8/15];

---

[1] The last four digits of Debtor's taxpayer identification number are 7511.  Debtor's corporate headquarters are located at 7451 Empire Drive, Florence, Kentucky 41042.

[2] **Amended items appear in bold.**

    C.    Certificate of No Objection Regarding Debtor's Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service; (II) Approving the Debtor's Proposed Form of Adequate Assurance of Payment to Utilities; and (III) Establishing Procedures for Resolving Requests for Additional Assurance [D.I. 83, Filed 4/28/15];

    D.    Proposed Order.

*Status:* A certificate of no objection has been filed but no order has yet been entered. This matter will go forward at the discretion of the Court.

2. Debtor's Motion for Authorization to Maintain Existing Insurance Policies and to Pay Any Premium Obligations Arising Thereunder [D.I. 5, Filed 4/2/15].

   *Objection deadline:* April 24, 2015 at 4:00 p.m.

   *Objections/Responses:* None.

   *Related Documents*:

       A.    Interim Order Granting Debtor's Motion for Authorization to Maintain Existing Insurance Policies and to Pay Any Premium Obligations Arising Thereunder [Docket No. 45, Entered 4/7/15];

       B.    Notice of Entry of Interim Order and Notice of Final Hearing Regarding Debtor's Motion for Authorization to Maintain Existing Insurance Policies and to Pay any Premium Obligations Arising Thereunder [D.I. 58, Filed 4/8/15];

       C.    Certificate of No Objection Regarding Debtor's Motion for Authorization to Maintain Existing Insurance Policies and to Pay Any Premium Obligations Arising Thereunder [D.I. 84, Filed 4/28/15];

       D.    Proposed Order.

   *Status:* A certificate of no objection has been filed but no order has yet been entered. This matter will go forward at the discretion of the Court.

3. Debtor's Motion for Order Extending Time in Which to File Schedules and Statement of Financial Affairs [D.I. 6, Filed 4/2/15].

*Objection deadline:* April 24, 2015 at 4:00 p.m.

*Objections/Responses:* None.

*Related Documents*:

    A. Notice of Hearing and Objection Deadline Regarding Debtor's Motion for Order Extending Time in which to File Schedules and Statement of Financial Affairs [D.I. 55, Filed 4/8/15];

    B. Certificate of No Objection Regarding Debtor's Motion for Order Extending Time in Which to File Schedules and Statement of Financial Affairs [D.I. 85, Filed 4/28/15];

    C. Proposed Order.

*Status:* A certificate of no objection has been filed but no order has yet been entered. This matter will go forward at the discretion of the Court.

4. Application for an Order Pursuant to 11 U.S.C. § 327(a) Authorizing and Approving the Employment and Retention of Cross & Simon, LLC as Counsel to the Debtor *Nunc Pro Tunc* to April 2, 2015 [D.I. 10, Filed 4/2/15].

*Objection deadline:* April 24, 2015 at 4:00 p.m.

*Objections/Responses:* None.

*Related Documents*:

    A. Notice of Hearing and Objection Deadline Regarding Application for an Order Pursuant to 11 U.S.C. § 327(a) Authorizing and Approving the Employment and Retention of Cross & Simon, LLC as Counsel to the Debtor *Nunc Pro Tunc* to April 2, 2015 [D.I. 54, Filed 4/8/15];

    B. Certificate of No Objection Regarding Application for an Order Pursuant to 11 U.S.C. § 327(a) Authorizing and Approving the Employment and Retention of Cross & Simon, LLC as Counsel to the Debtor *Nunc Pro Tunc* to April 2, 2015 [D.I. 86, Filed 4/28/15];

    C. Proposed Order.

*Status:* A certificate of no objection has been filed but no order has yet been entered. This matter will go forward at the discretion of the Court.

5. Application to Employ and Retain McGuireWoods LLP as Counsel for the Debtor Pursuant to 11 U.S.C. § 327(a) Effective as of the Petition Date [D.I. 11, Filed 4/2/15].

   *Objection deadline:* April 24, 2015 at 4:00 p.m.

   *Objections/Responses:* None.

   *Related Documents*:

   A. Notice of Hearing and Objection Deadline Regarding Application to Employ and Retain McGuireWoods, LLP as Counsel for the Debtor Pursuant to 11 U.S.C. § 327(a) Effective as of the Petition Date [D.I. 53, Filed 4/8/15];

   B. Certificate of No Objection Regarding Application to Employ and Retain McGuireWoods LLP as Counsel for the Debtor Pursuant to 11 U.S.C. § 327(a) Effective as of the Petition Date [D.I. 87, Filed 4/28/15];

   C. Proposed Order.

   *Status:* A certificate of no objection has been filed but no order has yet been entered. This matter will go forward at the discretion of the Court.

MATTERS GOING FORWARD

6. Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b)(1) to Retain J. Garvin Warden as Chief Restructuring Officer [D.I. 2, Filed 4/2/15].

   *Objection deadline:* April 24, 2015 at 4:00 p.m.

   *Objections/Responses:*

   A. Informal comments from the Office of the United States Trustee.

   *Related Documents*:

   A. Notice of Hearing and Objection Deadline Regarding Debtor's Motion Pursuant To 11 U.S.C. §§ 105(a) and 363(b)(1) To Retain J. Garvin Warden As Chief Restructuring Officer [D.I. 52, Filed 4/8/15].

   *Status:* This matter is going forward.

7. Motion for Order Pursuant to 11 U.S.C. §§ 105 and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 7, Filed 4/2/15].

   *Objection deadline:*   April 24, 2015 at 4:00 p.m.

   *Objections/Responses:*

       A.    Informal comments from the Office of the United States Trustee.

   *Related Documents*:

       A.    Notice of Hearing and Objection Deadline Regarding Motion for Order Pursuant To 11 U.S.C. §§ 105 and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 51, Filed 4/8/15].

   *Status:*   This matter is going forward.

8. Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 363(c), 364(c)(1-3) and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Liens and Super-Priority Claims, and (IV) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(a) and (c) [D.I. 12, Filed 4/2/15].

   *Objection deadline:*   April 24, 2015 at 4:00 p.m. (extended to April 28, 2015 at 5:00 p.m. for Hershey Foods Corp.)

   *Objections/Responses:*

       A.    Informal comments from the Office of the United States Trustee;

       B.    Informal comments from Hershey Foods Corp.;

       **C.**    **Limited Objection of The Hershey Company to the Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 363(c), 364(c)(1-3) and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Liens and Super-Priority Claims, and (IV) Scheduling a**

**Final Hearing Pursuant to Fed. R. Bankr. P. 4001(a) and (c) [D.I. 90, Filed 4/29/15].**

*Related Documents*:

A. Order (A) Authorizing Debtor to Obtain Interim Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 105 and 364(c); (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362; (C) Authorizing Debtor to Enter Into Financing Agreements; and (D) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [D.I. 50, Entered 4/7/15];

B. Notice of Entry of Interim Order and Notice of Final Hearing Regarding Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 363(c) 364(c)(1-3) and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Liens and Super-Priority Claims, and (IV) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(a) and (c) [D.I. 57, Filed 4/8/15].

*Status:* This matter is going forward.

Dated: **April 30, 2015**  CROSS & SIMON, LLC

*/s/ Kevin S. Mann*
Michael J. Joyce (No. 4563)
Kevin S. Mann (No. 4576)
1105 North Market Street
Suite 901
Wilmington, DE  19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
mjoyce@crosslaw.com
kmann@crosslaw.com

-and-

Michael J. Roeschenthaler (PA 87647)
Frank J. Guadagnino (PA 309768)
McGUIREWOODS LLP
EQT Plaza
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA  15222
Telephone: (412) 667-6000
Facsimile: (412) 667-6050
mroeschenthaler@mcguirewoods.com
fguadagnino@mcguirewoods.com

*Proposed Attorneys for the Debtor and Debtor-in-Possession*