# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Littleford Day, Inc., | : | Case No. 15-10722 (KG) |
| | : | |
| Debtor.[1] | : | Related Docket No. 26, 75-2 |
| | : | |
| | : | |

## NOTICE OF AUCTION

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.  **PURSUANT TO THE BIDDING PROCEDURES ORDER APPROVED AT DOC. NO. 75-2 IN THE ABOVE-CAPTIONED BANKRUPTCY CASE, AN AUCTION ("AUCTION") FOR THE SALE OF SUBSTANTIALLY ALL OF THE NON-CASH ASSETS (THE "TRANSFERRED ASSETS") OF LITTLEFORD DAY, INC. SHALL TAKE PLACE ON JUNE 3, 2015 AT 10:00AM (PREVAILING EASTERN TIME) AT THE OFFICES OF MCGUIREWOODS LLP, EQT PLAZA, 625 LIBERTY AVENUE, 23RD FLOOR, PITTSBURGH, PA 15222.**

2.  The Auction procedures are set forth in detail in the Bidding Procedures Order (Case No. 15-10722, Doc. No. 75-2). Participation in the Auction is limited to those which have submitted Qualified Bids and have been invited by the Debtor to participate in the bidding process. The Debtor encourages those qualified bidders invited to participate in the Auction to review these Bid Procedures in full prior to the start of the Auction. Any questions about the Auction process should be directed to Michael J. Roeschenthaler, Esq. at (412) 667-7905.

3.  Notwithstanding the limitations on bidding set forth in paragraph 2, above, the Auction will be conducted openly and counsel for any creditors of Littleford Day, Inc. are permitted to attend provided that a timely request was made in accordance with the Bid Procedures.

---

[1] The last four digits of Debtor's taxpayer identification number are 7511. Debtor's corporate headquarters are located at 7451 Empire Drive, Florence, Kentucky 41042.

Dated: Wilmington, Delaware
      June 1, 2015                       **CROSS & SIMON, LLC**

                                By: */s/ Kevin S. Mann*
                                    Michael J. Joyce (No. 4563)
                                    Kevin S. Mann (No. 4576)
                                    1105 North Market Street
                                    Suite 901
                                    Wilmington, DE 19801
                                    Telephone: (302) 777-4200
                                    Facsimile: (302) 777-4224
                                    mjoyce@crosslaw.com
                                    kmann@crosslaw.com

                                            -and-

                                    Michael J. Roeschenthaler (PA 87647)
                                    Frank J. Guadagnino (PA 309768)
                                    **McGUIREWOODS LLP**
                                    EQT Plaza
                                    625 Liberty Avenue, 23rd Floor
                                    Pittsburgh, PA 15222
                                    Telephone: (412) 667-6000
                                    Facsimile: (412) 667-6050
                                    mroeschenthaler@mcguirewoods.com
                                    fguadagnino@mcguirewoods.com

                                    *Attorneys for the Debtor and Debtor-in-Possession*