IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : : : | Chapter 11 |
| Littleford Day, Inc., | : : | Case No. 15-10722 (KG) |
| Debtor.[1] | : : : | **Re: Docket Nos. 26, 75-2** |

**NOTICE OF SUCCESSFUL BIDDER AND OF ASSUMPTION
AND ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE**

PLEASE TAKE NOTICE THAT:

     1.     Pursuant to the Order (I) Approving Designation of Stalking Horse and Related Bid Protections in Connection With the Sale of Substantially All of the Debtor's Assets; (II) Establishing Bidding Procedures Related to the Sale of Substantially All of the Debtor's Assets; (III) Establishing Procedures Related to The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (IV) Approving Form and Manner of Notice of All Procedures, Protections, Schedules and Agreements; and (V) Scheduling a Hearing to Consider the Proposed Sale and Granting Related Relief [Docket No. 75-2] (the "Bidding Procedures Order") entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on April 20, 2015, the above-captioned debtor and debtor-in-possession (the "Debtor") has accepted the bid of B&P LD Acquisition, LLC for the purchase of all or substantially all of the Debtor's assets. The terms of the bid are set forth in the Asset Purchase Agreement (the "Asset Purchase Agreement"), dated as of June 3, 2015 between the Debtor and B&P LD Acquisition, LLC (the "Purchaser"), substantially in the form attached hereto as Exhibit A.

     2.     At the Sale Hearing to be held on June 8, 2015 at 10:00 a.m. (prevailing Eastern Time) before the Honorable Kevin Gross, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom # 3, Wilmington, Delaware 19801, the Debtor will seek: (i) entry of an order (the "Sale Order"), approving the sale of all or substantially all of the Debtor's assets free and clear of all liens, claims, interests and encumbrances; and (ii) pursuant to the terms of the Asset Purchase Agreement, to assume and assign the executory contracts and unexpired leases set forth on Exhibit B hereto. For avoidance of doubt, the Debtor will no longer seek authority at the Sale Hearing to assume and assign the executory contracts and unexpired leases set forth on Exhibit C hereto.

---

[1] The last four digits of Debtor's taxpayer identification number are 7511. Debtor's corporate headquarters are located at 7451 Empire Drive, Florence, Kentucky 41042.

3. In the event that the Purchaser is not the Stalking Horse Bidder (as designated in the Bidding Procedures Order), all objections (*with the exception of objections relating to adequate assurance of future performance*), if any, to any changes to the Asset Purchase Agreement or the sale itself, must: (a) be in writing; (b) comply with the Bankruptcy Rules and Local Bankruptcy Rules; and (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 North Market Street, Wilmington, Delaware 19801, on or before **5:00 p.m. on June 7, 2015 (prevailing Eastern Time)** and be served upon: (1) the Debtor, Littleford Day, Inc., attn.: Glenn Vice, 7451 Empire Drive, Florence, Kentucky 41042 and via email to gvice@littleford.com and garvinwarden@gmail.com; (2) counsel for the Debtor, McGuireWoods LLP, attn.: Michael J. Roeschenthaler, EQT Plaza, 625 Liberty Avenue, 23rd Floor, Pittsburgh, PA 15222, and via email to mroeschenthaler@mcguirewoods.com, and Cross & Simon LLC, attn.: Michael Joyce, 1105 N. Market Street, Suite 901, Wilmington, Delaware 19801, and via email to mjoyce@crosslaw.com; (3) counsel to the Stalking Horse Bidder, Whiteford, Taylor & Preston, L.L.P., attn.: John F. Carlton, Seven Saint Paul Street, Baltimore, Maryland 21202, and via email to jcarlton@wtplaw.com. Objections to the adequate assurance of future performance by the Purchaser may be raised at the Sale Hearing, without the need for the filing of a written objection. UNLESS OTHERWISE STATED HEREIN, AN OBJECTION THAT IS NOT TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.

4. Pursuant to 11 U.S.C. § 365, there is adequate assurance of the Purchaser's future performance under the executory contract or unexpired lease to be assumed and assigned because of the demonstrated financial wherewithal of the Purchaser. Moreover, if necessary, the Debtor will adduce facts at the Sale Hearing demonstrating the financial wherewithal of the Purchaser and its willingness and ability to perform under the contracts to be assumed and assigned.

Dated: June 4, 2015  
Wilmington, DE

CROSS & SIMON, LLC

*/s/ Kevin S. Mann*  
Michael J. Joyce (No. 4563)  
Kevin S. Mann (No. 4576)  
1105 North Market Street  
Suite 901  
Wilmington, DE  19801  
Telephone: (302) 777-4200  
Facsimile: (302) 777-4224  
mjoyce@crosslaw.com  
kmann@crosslaw.com

-and-

Michael J. Roeschenthaler (PA 87647)
Frank J. Guadagnino (PA 309768)
McGUIREWOODS LLP
EQT Plaza
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA  15222
Telephone: (412) 667-6000
Facsimile: (412) 667-6050
mroeschenthaler@mcguirewoods.com
fguadagnino@mcguirewoods.com

*Attorneys for the Debtor and
Debtor-in-Possession*