# Exhibit B

**<u>EXHIBIT B</u>**

**Executory Contracts and Unexpired Leases To Be Assumed and Assigned:**

None.