# Exhibit C

EXHIBIT C – Executory Contracts and Unexpired Leases Debtor No Longer Seeks to Assume and Assign

| COUNTERPARTY | AGREEMENT DESCRIPTION |
|---|---|
| 3A Composites USA, Inc. | Parts Purchase Order 15P51365-2 |
| 4-To-Go Attn: John Ross | Lease Agreement |
| Adams Brothers Inc. | Third Party Sales Representative Contract |
| Air Force One | HVAC Maintenance Contract |
| Albion Advanced Nutrition | Parts Purchase Order 14P52682-3 |
| Ally Plum Solutions, Inc. | Engineering Support/CAD Maintenance Contracts |
| Anchor Industries | Parts Purchase Order 15P51402 |
| AT&T | Utility |
| Basf Catalysts Llc | Parts Purchase Order 15P51389 |
| Bc Streetsboro | Parts Purchase Order 15P51304 |
| Beijing Carhart Global Trading Co. | Third Party Sales Representative Contract |
| Big Heart Pet Brands | Parts Purchase Order 15P51297 |
| Biovectra Inc. | Parts Purchase Order  BIOVECTRA INC. |
| Biovet AD - Bulgaria | Customer Order - 43730-6098 |
| Blue Pacific Flavors | Parts Purchase Order 15P51252 |
| Brett Martin Building Products Ltd | Parts Purchase Order 15P51394 |
| C F Sauer Company | Parts Purchase Order 15P51169-1 |
| C F Sauer Company | Parts Purchase Order 15P51350 |
| Cadenas Partsolutions, LLC | Website Assistance Contract |
| Cantex Industries | Parts Purchase Order 15P51495 |
| Capsugel | Unit Purchase Order - 43729 |
| Cargill Cocoa & Chocolate Inc | Parts Purchase Order 15P51460-1 |
| Cargill Corn Milling Division | Parts Purchase Order 15P51362-1 |
| Cargill, Inc. | Rental Contract |
| Caribbean Refrescos, Inc. | Parts Purchase Order 15P51317 |
| Chem Action | Third Party Sales Representative Contract |
| Chem Action - Canada | Customer Order - 43733-6103 |
| Cincinnati Bell | Utility |
| Cintas | Uniform Contract |
| Clariant Inc | Parts Purchase Order 15P51233-1 |
| ComDoc | Lease Agreement |
| Corhart Refractories Corp | Parts Purchase Order 15P51367-1 |
| Corning Inc | Parts Purchase Order 15P51478-1 |
| Cresco Sa De Cv / Enviar | Parts Purchase Order 15P51316 |
| Cresline Plastic Pipe Co | Parts Purchase Order 15P51090 |
| Dawn Food Products | Parts Purchase Order 15P51390 |
| Diamond Plastics | Parts Purchase Order 15P51370-1 |
| Digital Chemical | Unit Purchase Order - 43727 |
| Digital Specialty Chemicals | Rental Contract |
| Dovico Software, Inc. | Time Reporting System Contract |
| Dow Chemical USA | Parts Purchase Order 15P51398 |
| Drumm & Associates | Third Party Sales Representative Contract |

EXHIBIT C – Executory Contracts and Unexpired Leases Debtor No Longer Seeks to Assume and Assign

| | |
|---|---|
| Duke Energy | Utility |
| Dun and Bradstreet | Business Reports and Credit Scores |
| Dynamic Bulk Systems Inc. | Third Party Sales Representative Contract |
| Dynaquip | Third Party Sales Representative Contract |
| E&H Integrated Systems | Telephone Maintenance Contract |
| E.I Dupont De Nemours & Company | Parts Purchase Order 15P51294 |
| Ebi Corporation Aka Bavaria Corp | Parts Purchase Order 15P51396-1 |
| Enquip West | Third Party Sales Representative Contract |
| Ensco | Third Party Sales Representative Contract |
| Exline Inc | Parts Purchase Order 15P51167 |
| Famar Flavors Llc | Parts Purchase Order 15P51461 |
| Federal Mogul | Unit Purchase Order - 43741-6110 |
| Feni Industries | Parts Purchase Order 15P51296 |
| Feni Industries | Parts Purchase Order 15P51296 |
| Flavor-Chem | Parts Purchase Order 15P51504 |
| Fmc Corporation | Parts Purchase Order 15P51408-1 |
| Francisco Ferrer e Hijos & Clafil SA | Third Party Sales Representative Contract |
| Gaf Premium Products Div | Parts Purchase Order 14P52680-1 |
| Garvin Warden | Chief Restructuring Officer Contract |
| General Mills- Greece | Customer Order - 43711-6072 |
| Gerardo San Martin | Third Party Sales Representative Contract |
| Glaxosmithkline/Block Drug Co | Parts Purchase Order 14P52570 |
| Glaxosmithkline/Block Drug Co | Parts Purchase Order 15P51199-3 |
| Glaxosmithkline/Block Drug Co | Parts Purchase Order 15P51228-1 |
| Glaxosmithkline/Block Drug Co | Parts Purchase Order 15P51366 |
| Glaxosmithkline/Block Drug Co | Parts Purchase Order 15P51454-1 |
| Gossen Company | Parts Purchase Order 15P51391 |
| Hamer Engineering | Third Party Sales Representative Contract |
| Hearthside | Unit Purchase Order - 43747 |
| Hershey Company | Unit Purchase Order - 43739-5108 |
| Hershey Company | Unit Purchase Order - 43740-6109 |
| Hershey Company | Unit Purchase Order - 43742-6111 |
| Hoeganaes Corp | Parts Purchase Order 14P52580 |
| Hoeganaes Corp | Parts Purchase Order15P51466-1 |
| Holbrook & Associates | Third Party Sales Representative Contract |
| Horan | Insurance Contract |
| Hormel Foods | Customer Order - 43713-6073 |
| Hormel Foods | Customer Order - 43716-6076 |
| Hormel Foods/Progressive Processing Llc | Parts Purchase Order15P51465 |
| Imocom, S.A. | Third Party Sales Representative Contract |
| Infor Global Solutions (US) Inc. | Engineering Support/CAD Maintenance Contracts |
| Ingredion Inc | Parts Purchase Order 15P51373 |

EXHIBIT C – Executory Contracts and Unexpired Leases Debtor No Longer Seeks to Assume and Assign

| | |
|---|---|
| Ingredion Inc | Parts Purchase Order 15P51472-1 |
| Ingredion Inc | Parts Purchase Order 15P51487 |
| Iron Mountain | Shredding/Storage Contract |
| Jbs United Inc | Parts Purchase Order 15P51269 |
| K&P Sales Engineers, LLC | Third Party Sales Representative Contract |
| Keebler Company (0304) | Parts Purchase Order 15P51275 |
| Kellogg Company | Parts Purchase Order 15P51444 |
| Kerneos Inc | Parts Purchase Order 15P51471-1 |
| Kronos Canada, Inc. | Parts Purchase Order 15P51490 |
| Louisiana Pacific Corp | Parts Purchase Order 15P51226 |
| Lubrizol | Unit Purchase Order - 43728 |
| Mariental India PVT Ltd. | Third Party Sales Representative Contract |
| Material Systems Technology, Inc. | Third Party Sales Representative Contract |
| Mc Cormick & Co | Parts Purchase Order 15P51431-1 |
| Mc Cormick & Co | Parts Purchase Order 15P51500-1 |
| Merchants Security Agreement | Security Contract |
| Merle Norman | Rental Contract |
| Minnesota Mining & Mfg Co | Parts Purchase Order 15P51374-1 |
| Mitsubishi Chemical | Parts Purchase Order 15P51457 |
| Mitsubishi Chemical | Parts Purchase Order 15P51457-1 |
| Mondelēz International | Unit Purchase Order - 43744 |
| Morgan AM&T | Rental Agreement FM-130-D (1z) |
| Nanya Plastic | Parts Purchase Order 15P51439 |
| National Vinyl Products Llc | Parts Purchase Order 15P51380 |
| Nature Touch | Lawn Care Contract |
| NGK Ceramics | Parts Purchase Order 15P51434 |
| North Shore Technical Sales | Third Party Sales Representative Contract |
| Northern Kentucky Water District | Utility |
| Novus Arkansas, LLC | Parts Purchase Order 15P51160-3 |
| Oracle Packaging Inc | Parts Purchase Order 15P51219 |
| P&G Duracell - China | Customer Order - 43694-6046 |
| Performance Friction | Parts Purchase Order 15P51305-2 |
| Pitney Bowes | Lease Agreement |
| Pmc Biogenix Inc | Parts Purchase Order 15P51432 |
| Pneutech Engineering Inc. | Third Party Sales Representative Contract |
| Progressive Labs | Parts Purchase Order 15P51433 |
| Proveedores De Ingenieria Alimentaria S.A. De C.V. | Parts Purchase Order 15P51359 |
| Publix | Unit Purchase Order - 43746 |
| Purification Cellutions | Parts Purchase Order 15P51480-1 |
| Purification Cellutions | Parts Purchase Order 15P51503 |
| RES-TEK Inc | Parts Purchase Order 15P51234-1 |
| RG McGraw Insurance Agency, Inc. | Insurance Contract |
| Rubens Keller | Third Party Sales Representative Contract |

EXHIBIT C – Executory Contracts and Unexpired Leases Debtor No Longer Seeks to Assume and Assign

| | |
|---|---|
| Ryder | Lease Agreement |
| Sensient Colors Inc | Parts Purchase Order 15P51484-1 |
| Sensient Cosmetic Tech / Lcw | Parts Purchase Order 15P51497 |
| Separator | Third Party Sales Representative Contract |
| Seree Industrial Solutions | Third Party Sales Representative Contract |
| Shamrock Systems, Inc. | Third Party Sales Representative Contract |
| Shanghai Machinery Complete Equipment Co., Ltd | Third Party Sales Representative Contract |
| Solutia INC | Parts Purchase Order 15P51185 |
| Stanley Security Solutions, Corp. | Sprinkler Inspection Contract |
| Steel Dynamics, Inc. | Parts Purchase Order 15P51486-1 |
| Steel Dynamics, Inc. | Parts Purchase Order 15P51494 |
| Stephens & Krizner Company, Inc. | Third Party Sales Representative Contract |
| Super Smelters - India | Customer Order - 43732-6101 |
| Tagler Food | Third Party Sales Representative Contract |
| Tailored Chemical Products Inc. | Parts Purchase Order 15P51430 |
| The GSI Company | Third Party Sales Representative Contract |
| Therma Tru | Rental Contract |
| Tremco Inc. | Unit Purchase Order - 43748 |
| Trotter Equipment | Third Party Sales Representative Contract |
| Tubotec SA | Parts Purchase Order 15P51310 |
| Tyco (Simplex Grinnell) | Fire Extinguisher Maintenance and Lab Hood System Contract |
| Univex, lLC | Third Party Sales Representative Contract |
| UOP | Unit Purchase Order - 43743 |
| Valerus Speciality Chemicals | Parts Purchase Order 15P51437 |
| Variform Inc | Parts Purchase Order 15P51108-2 |
| Verizon | Utility |
| Vinyltech Corp | Parts Purchase Order 14P52427 |
| Williams Cylinders & Controls Inc | Parts Purchase Order 15P51400 |