## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| LITTLEFORD DAY, INC.[1] ) | |
| ) | Case No. 15-10722 (KG) |
| ) | |
| Debtor. ) | **Re: Docket Nos. 26, 75, 134** |
| ) | |

## NOTICE OF FILING OF SCHEDULES TO ASSET PURCHASE AGREEMENT

PLEASE TAKE NOTICE, that on April 6, 2015, Littleford Day, Inc., the above-captioned debtor and debtor in possession (the "Debtor") filed the *Motion for Orders: (A)(I) Approving Designation of Stalking Horse and Related Bid Protections in Connection with a Sale of Substantially all of the Debtor's Assets; (II) Establishing Bidding Procedures Relating to the Sale of Substantially all of the Debtor's Assets; (III) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (IV) Approving Form and Manner of Notice of all Procedures, Protections, Schedules and Agreements; and (V) Scheduling a Hearing to Consider the Proposed Sale; and (B)(I) Approving the Sale of the Debtor's Assets Free and Clear of all Liens, Claims, Encumbrances and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Certain Related Relief* (the "Sale Procedures Motion") [Docket No. 26] with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] The last four digits of Debtor's taxpayer identification number are 7511. Debtor's corporate headquarters are located at 7451 Empire Drive, Florence, Kentucky 41042.

PLEASE TAKE FURTHER NOTICE that, on April 20, 2015, the Court entered the *Order Expediting Consideration of, and Shortening the Notice Period Applicable to, the Procedural Components of the Sale Motion, Including (I) Approving Designation of Stalking Horse, (II) Establishing Bidding Procedures, (III) Establishing Procedures Relating to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (IV) Approving Related Forms and (V) Scheduling a Hearing to Consider the Proposed Sale* [Docket No. 75] (the "Bidding Procedures Order"), approving the Sale Procedures Motion.

PLEASE TAKE FURTHER NOTICE that pursuant to the Bidding Procedures Order, the Debtor has accepted the bid of B&P LD Acquisition, LLC for the purchase of all or substantially all of the Debtor's assets. The terms of the bid are set forth in the Asset Purchase Agreement (the "Asset Purchase Agreement"), dated as of June 3, 2015 between the Debtor and B&P LD Acquisition, LLC (the "Purchaser"), that was filed with the Court on June 4, 2015 as an exhibit to the *Notice of Successful Bidder and of Assumption and Assignment of Executory Contract or Unexpired Lease* [Docket No. 134].

PLEASE TAKE FURTHER NOTICE that the Debtor has today filed the schedules to the Asset Purchase Agreement. The Schedules are collectively attached hereto as Exhibit "A."

Dated: June 4, 2015
Wilmington, DE

**CROSS & SIMON, LLC**

*/s/ Kevin S. Mann*
Michael J. Joyce (No. 4563)
Kevin S. Mann (No. 4576)
1105 North Market Street
Suite 901
Wilmington, DE  19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
kmann@crosslaw.com

-and-

                        Michael J. Roeschenthaler (PA 87647)
                        Frank J. Guadagnino (PA 309768)
                        **McGUIREWOODS LLP**
                        EQT Plaza
                        625 Liberty Avenue, 23rd Floor
                        Pittsburgh, PA  15222
                        Telephone: (412) 667-6000
                        Facsimile: (412) 667-6050
                        mroeschenthaler@mcguirewoods.com
                        fguadagnino@mcguirewoods.com

                        *Attorneys for the Debtor and*
                        *Debtor-in-Possession*