# **EXHIBIT A**

**DISCLOSURE SCHEDULES**

**TO**

**ASSET PURCHASE AGREEMENT**

**BY AND AMONG**

**B&P LD ACQUISITION, LLC**

**AND**

**LITTLEFORD DAY, INC.**

**DATED AS OF JUNE 3, 2015**

Reference is made hereby to the Asset Purchase Agreement (the "Agreement"), dated as of June 3, 2015, by and among B&P LD Acquisition, LLC, a Delaware limited liability company ("Buyer") and Littleford Day, Inc., a Delaware corporation (the "Company"). Capitalized terms used and not otherwise defined in these disclosure schedules (these "Schedules") have the meanings set forth in the Agreement.

Matters reflected in these Schedules are not necessarily limited to matters required by the Agreement to be reflected in these Schedules. Such additional matters are set forth for informational purposes and do not necessarily include other matters of a similar informational nature. The information in these Schedules is being provided solely for the purpose of making disclosure to Buyer under the Agreement and is subject to the terms and conditions therein, including, but not limited to, the terms and conditions related to confidential or proprietary information, including the terms of that certain Confidentiality Agreement, dated April 16, 2015 between the Company and Buyer. In disclosing this information, the Company expressly does not waive any attorney-client privilege associated with such information or any protection afforded by the work-product doctrine with respect to any of the matters disclosed or discussed in these Schedules.

The inclusion of any fact, item, matter, circumstance, transaction or event in these Schedules is not deemed to be an admission or representation that the fact, item, matter, circumstance, transaction or event is or is not "material," would constitute a "Material Adverse Effect" with respect to the Company or has a value above or below any dollar thresholds set forth in the Agreement or that any change of control, merger or similar provision in the item is triggered and such inclusion shall not be deemed an acknowledgment that such fact, item, matter, circumstance, transaction or event is required to be so disclosed pursuant to the Agreement. No disclosure in these Schedules relating to any possible breach or violation of any agreement, law, regulation or other matter shall be construed as an admission or indication that any such breach or violation exists or has actually occurred.

Any event, item or matter disclosed in any of these Schedules shall be deemed to be disclosed with respect to every other representation and warranty in the Agreement to the extent any description of facts regarding the event, item or matter disclosed is adequate so as to make reasonably apparent on its face, without reference to any external information, that such event, item or matter is applicable to such other representations or warranties.

The schedule headings in these Schedules are for convenience of reference only and shall not be deemed to alter or affect the express description of the sections of these Schedules as set forth in the Agreement.

**Schedule 1.2(m)**

**Excluded Assets**

     1.     All Hazardous Materials located at any Seller Facility that have been delivered to Seller by Seller customers;

     2.     All Hazardous Materials of Seller identified as "hazardous waste" pursuant to the Solid Waste Disposal Act of 1970 (42 U.S.C. § 6901 et seq.);

     3.     All capital stock, equity interests, membership interests or other ownership interests in any subsidiary of the Seller;

     4.     All Intellectual Property of any subsidiary of Seller;

     5.     Any insurance proceeds associated with the 4-TO-GO LLC Lease Agreement;

     6.     All deposits or advance payments received by Seller prior to the commencement of its bankruptcy case;

     7.     All Leases; and

     8.     All of the following:

| |
|---|
| (2) Sets 2011 Webb Power Roll Set with Idler 20,000 lb. Capacity, Model R500-RWR and R500-1DL, S/N 2011-140 and 2011-142 |
| (2) Sets Pandjiris Power Rolls with Idlers |
| Miller Welder Dimension 650 |
| Lincoln Idealarc Welder |
| Miller Delta Weld 650 Welder with Coolant Pump and Boom Mounted Wire Feeder |
| (2) Miller Welders, Model MP-65E, Boom Mounted Wire Feeder |
| (2) Miller Dimension 400 Welders with Wire Feeder |
| Vacuum Dust Collector |
| Miller Idealarc HF Welder |
| Balance Technology Balancer, Model VNR 200, S/N 9010102 |
| Miller Dimension 425 Welder with Wire Feeder |
| Dayton 1/2 Ton Electric Hoist with Jib Beam |
| (6) Steel Rool Dies |
| 6' Belt Sander |
| (6) Dusthog Dust Collectors, Model FFBW-DC-FH-LH |
| 4' Power Roll Set Mounted on Rails |
| Chester 2-Ton Bridge Crane, 30'± Span |
| Bobcat Scissor Lift |
| Factory Cat Floor Sweeper, Model 48 (not in operation) |
| Dayton 15-Ton Capacity Hydraulic Press |

| |
|---|
| Lift Truck Walk Behind Electric Fork Lift  (not in operation) |
| Miller Maxstar 350 Welder |
| (2) Quincy 50 hp Screw Air, Model Q51-370, S/N 95587 and 95586 |
| Ingeroll Rand Refrigerated Air Dryer, Model D6801NA-400, S/N 348015 with Vertical Air Receiver |
| Do-All Horizontal Band Saw, Model C-1216A with Conveyor |
| Marvel Vertical Band Saw,Model 81/11, S/N E-491311 with Conveyor |
| Pacific Hydraulic Shear, Model 500-R10, S/N 5-10478/CC 1/2-10-1 |
| Grove Scissor Lift, Model SM2632E |
| Caterpillar Sit Down Propane Fork Lift, Model T500, S/N 8EB06423 |
| Hyster Sit Down Propane Fork Lift, Model 50, S/N C187V10014R |
| Hyster 8,000 lb. Capacity Sit Down Propane Fork Lift, Model 580XL, S/N D004V091875 |
| 4' x 6' Digital Platform Scale |
| Auto PAD Cushioning System, Model AF/EC/AP/EDS, S/N 270263025 |
| Delta 20" Vertical Wood Cutting Band Saw |
| Delta 14" Radial Arm Saw |
| Drill Press, Sander, Nail Gun and Hand Tools |
| 2013 Freightliner 22' S/A Stake Body Truck, VIN# 3ALACHDTX00FG634 (Leased) |
| (4) 3-Ton Capacity 40'± Span Bridge Cranes with Pendant Controls |
| 4' Wide Power Roll Set with Idler |
| Oster Pipe Threader |
| Hammon Dust Kolector Vacuum |
| Socket Sets, Combination Wrenches, Power Tools and Storage Cabinets |
| Drill Press, Sander, Double End Grinder and Tool Cabinet |
| Hobart TIGWAVE 250 AC/DC Welder with Coolant Pump |
| (2) Ridgid Pipe Threaders, Model 535 |
| Flammable Storage Cabinet, 2-Door Storage Cabinets, Storage Shelving and Work Benches |
| 40'± x 20'± Paint Booth with Lights, Paint Pots, Spray Guns, Hoses and Regulators |
| (4) 5-Ton Capacity Bridge Cranes, 40'± Span with Pendant Controls |
| 3-Ton Capacity Bridge Crane, 40'± Span with Pendant Controls |
| Anderson 20,000 PSI Hydraulic Press, Model 0259SP, S/N 25702 |
| Thermal Dynamics Plasma Cutter, Model PAK150XL |
| (3) Miller Pipe Worx 400 Welders with Coolant Pump and Wire Feeders |
| Miller Welder, Model MD-65E with Coolant Pump and Wire Feeder |
| Belt Sander, Tool Cabinets, Work Benches and Vises |
| Butler Newall Elgamill CNC Universal Horizontal Boring Mill with T Slot Table and Tooling |
| Miller Econotig Welder |
| Lincoln Idealarc Welder, Model R3M-300 |
| Dura Vane Vacuum Pump |
| Miller Welder, Model CP-300 with Wire Feeder |

Schedule 1.2(m)
3

| |
|---|
| Double End Grinder, Pipe Vise, Power Roll Drives, Work Benches and Vise |
| (2) Robbins and Myers 10-Ton Bridge Cranes, 30'± Span with Pendant Controls |
| (2) 3-Ton Capacity Bridge Cranes, 30'± Span with Pendant Controls |
| Yale 2-Ton Hoist with Jibs |
| King Dual Head Vertical Milling Machine |
| Leblond Makino CNC Vertical Machining Center, Model FNC-128, S/N LM3/073 with Tooling |
| Giddings and Lewis Horizontal Boring Mill |
| Universal Sand Blast Cabinet with Dust Collector |
| FABRI-CRAFT Sand Blast Station with DEC Dust Collector, Model VMA 454GILAD, S/N 89-1677 |
| Aronson Welding Positioner, Model HD25, S/N 62601 |
| Miller Dimension 400 Welder with Wire Feeder |
| Do All Vertical Band Saw, Model 36W, S/N 31-51633 |
| (4) Lista 13-Drawer Tool Cabinets with New Drills, Cutters, End Mills, Taps and Tooling |
| Okuma CNC Horizontal Milling Center, Model LC20, S/N 5903-2305 with Chip Conveyor and Tooling |
| Okuma CNC Horizontal Milling Center, Model LC40-M, 4AXIS SIMULTURN, S/N 1633 with Chip Conveyor and Tooling |
| Powermatic Dual Head Drill Press, Model 1200, S/N 5-5791 |
| Ikeda Radial Drill Press with Set Up Cable |
| Lapointe KEY Seater, Model 3L, S/N 3412-1141-09 |
| Mitts and Merrill Key Seat Cutter, S/N KM-7944 |
| 1978 Summit Lathe with 3-Jaw Chuck and Tooling, S/N 4229 |
| American Lathe with 3-Jaw Chuck, 15'± Bed, Tool Holder and Tooling |
| (2) Hyster Electric Pallet Jacks |
| (4) Yale 1-Ton Hoist with Jibs, Most Coffings |
| Beacon Crane 1-Ton Hoist with Job |
| Yale 2-Ton Hoist with Jibs |
| Abell Howe 1-Ton Job with Coffing Hoist |
| (2) 1/2-Ton, 1-Ton Hoists with Jobs |
| Abell Howe 1-Ton Free Standing Jib Hoist |
| Yale 1-Ton Free Standing Jib Hoist |
| 1-Ton Capacity Free Standing Jib Hoist |
| (2) 1/2-Ton Job Hoists |
| Spencer Industrial Vacuum, Model 30, S/N 310015 |
| 2000 Leblond Makino CNC Horizontal Milling Center, Model MC86 with Chip Conveyor |
| 2000 Leblond Makino CNC Vertical Milling Center, Model FMC128, S/N LM3-067 |
| Sander, Double End Grinder, Delta Drill Press and Darex SP2500 Bit Sharpener |
| Oliver Drill Sharpener/Grinder, Model 600, S/N G7803 |
| Cincinnati Centerless Grinder |
| Delta Drill Press and (2) Wood Top Work Benches, Ladders, Steel Work Benches, Stock |

| |
|---|
| Rocks and Fixtures Not Listed Elsewhere |
| Suburban Tool Optical Compartor, Codel Master View |
| (16) Shop Carts |
| (3) Detriot Hoist 5-Ton Capacity Bridge Cranes, 30'± Span |
| Ruger 4,000 lb. Capacity Hydraulic Engine Hoist, Model HP2, S/N 774-18134 |
| GE Aqua Pure D.I. Water System (Leased) |
| Xerox Copier (Leased) |
| HP Design Jet T1100PS Blue Print Printer |
| Replicator 2, 3D Printer |
| 80" Sharp TV |
| (5) Epson and HP Printers, Faxes and Wilson James Paper Shredder |

Schedule 1.2(m)

2293383.3

## Schedule 1.6(e)

## Allocation of Purchase Price

First to inventory based on fair market value, then to fixed assets based on fair market value, and the balance to intellectual property and goodwill.

2293383.3

**Schedule 2.3**

**Restrictions**

None.

2293383.3

**Schedule 2.4**

**Consents**

None.

**Schedule 2.5(a)**

**Title to Assets**

1.  Notice filing in favor of The Merchants Bank & Trust Company regarding specified assets, as evidenced by UCC Financing Statement numbered 2010-0742977, filed on Februrary 18, 2010.

2293383.3

**Schedule 2.5(c)**

**Location of Tangible Assets**

All Transferred Assets are physically located on, or based out of, the Leased Real Property except for the rental mixer units as indicated below

| MODEL | LOCATION |
|-------|----------|
| FM-130-D | RENTED  AT MERLE NORMAN IN CALIFORNIA |
| FM-130 | RENTED AT CARGILL IN MINNESOTA |
| FM-130 | RENTED AT THERMA TRU IN INDIANA |
| M/DVT22 | RENTED AT DIGITAL SPECIALTY IN CANADA |

2293383.3

**Schedule 2.6(a)**

**Financial Statements**

(i) Statement of Shareholder's Equity 2014 and 2013:

| | Class A par value | Class B par value | T-Stock A par value | T-Stock B par value | Capital in Excess of PA | RE | AOCI(L) | Total Equity |
|---|---|---|---|---|---|---|---|---|
| Balance December 31, 2012 | 230,758 | 9,300 | (586,962) | (13,020) | 510,286 | 3,246,192 | (5,454,035) | (2,057,481) |
| Net loss from continuing operations | | | | | | (358,887) | | (358,887) |
| Dividend | | | | | | | | |
| Unrealized gains on marketable securities net of income tax | | | | | | | (75,272) | (75,272) |
| Unfunded pension liability adjustment net of income tax | | | | | | | 2,025,036 | 2,025,036 |
| Balance December 31, 2013 | 230,758 | 9,300 | (586,962) | (13,020) | 510,286 | 2,887,305 | (3,504,271) | (466,604) |
| Net loss from continuing operations | | | | | | (11,370) | | (11,370) |
| Dividend | | | | | | | | |
| Unrealized gains on marketable securities net of income tax | | | | | | | (9,672) | (9,672) |
| Unfunded pension liability adjustment net of income tax | | | | | | | (1,059,823) | (1,059,823) |
| Balance December 31, 2014 | 230,758 | 9,300 | (586,962) | (13,020) | 510,286 | 2,875,935 | (4,573,766) | (1,547,469) |

2293383.3

(ii) 2014 and 2014 draft of non-audited results:

|  | 2014 |  | 2013 |  |
|---|---|---|---|---|
| Assets: |  |  |  |  |
| Cash and cash equivalents | 519,206 | R | $121,531 | R |
| CD's | 414,547 | R | 414,547 | R |
| Marketable securities | 1,579,474 | R | 1,795,591 | R |
| Accounts receivable: |  |  |  |  |
| Allowance | 18,324 | R | 13,183 | R |
| Trade | 2,374,967 | R | 2,761,253 | R |
| Other | 45,605 | R | 43,204 | R |
| Inventories | 1,679,867 | R | 1,421,043 | R |
| Prepaid expenses and other current assets | 105,958 | R | 116,557 | R |
| Deferred tax asset | 33,483 |  | 22,643 |  |
| Total current assets | 6,753,107 | R | 6,696,369 | R |
| Property, plant and equipment: |  |  |  |  |
| Leasehold improvements | 58,069 | R | 31,431 | R |
| Machinery and equipment | 4,611,312 | R | 4,598,027 | R |
| Furniture and fixtures | 1,722,332 | R | 1,624,985 | R |
|  | 6,391,713 | R | 6,252,443 | R |
| Less:  Accumulated depreciation | (5,705,557) | R | (5,567,134) | R |
| Total property, plant and equipment | 686,156 | R | 685,309 | R |
| Other assets: |  |  |  |  |
| Rental units | 179,647 | R | 222,329 | R |
| Amortization | 432,929 | R | 400,246 | R |
| Deferred tax asset | 3,487,141 | R | 2,842,764 | R |
| Other | 8,586 | R | 8,028 | R |
| Total other assets | 3,675,374 | R | 3,073,121 | R |
| Total assets | 11,114,637 | R | $10,454,799 | R |
| Liabilities: |  |  |  |  |
| Current |  |  |  |  |
| Revolving line of credit | 1,923,846 | R | $1,800,000 | R |
| Accounts payable | 2,325,357 | R | 2,228,080 | R |
| Accrued liabilities | 810,582 | R | 494,966 | R |
| Customer deposits | 1,159,594 | R | 860,924 | R |
| Deferred tax liability |  | R |  | R |
| Deferred gain | 256,857 | R | 256,857 | R |
| Total current liabilities | 6,276,236 | R | 5,640,827 | R |
| Long-term |  |  |  |  |
| Deferred gain | 288,965 | R | 545,816 | R |
| Unfunded pension liability | 6,096,905 | R | 4,734,761 | R |
| Total liabilities | 12,662,106 | R | 10,921,404 | R |
| Shareholders' Equity (Deficit): |  |  |  |  |
| Class A common stock | 230,758 | R | 230,758 | R |
| par value | 2 | R | 2 | R |
| shares authorized | 200,000 | R | 200,000 | R |
| shares issued | 115,379 | R | 115,379 | R |
| shares outstanding | 85,439 | R | 85,439 | R |
| Class B common stock | 9,300 | R | 9,300 | R |
| par value | 1 | R | 1 | R |
| shares authorized | 25,000 | R | 25,000 | R |
| shares issued | 93,000 | R | 93,000 | R |
| shares outstanding | - | R | - | R |
| Capital in excess of par value | 510,286 | R | 510,286 | R |
| Retained earnings | 2,875,935 | R | 2,887,305 | R |
| Treasury stock - at cost | (599,982) | R | (599,982) | R |
| Accumulated other comprehensive income (loss) | (4,573,766) | R | (3,504,272) | R |
| Total shareholders' equity (loss) | (1,547,469) | R | (466,605) | R |
| Total liabilities and shareholders' equity (loss) | 11,114,637 | R | $10,454,799 | R |

Schedule 2.6(a)
12

(iii) Income Statement 2014 and 2013:

| | | | | |
|---|---:|---|---:|---|
| Net sales | $ 16,810,556 | R | $ 14,217,147 | R |
| Cost of sales | 11,762,220 | R | 10,147,313 | R |
| Gross profit | 5,048,336 | R | 4,069,834 | R |
| | | | | |
| Operating expenses: | | | | |
| Selling | 3,008,130 | R | 2,650,360 | R |
| Administrative | 1,394,021 | R | 1,335,665 | R |
| Technical center | 767,018 | R | 727,665 | R |
| Research and development | 108,030 | R | 118,645 | R |
| | 5,277,199 | R | 4,832,335 | R |
| | | | | |
| Income (loss) from operations | (228,863) | R | (762,501) | R |
| | | | | |
| Other income (expense); | | | | |
| Interest – net | (91,949) | R | (60,616) | R |
| Amortization of deferred gain | 256,860 | R | 256,860 | R |
| Other – net | 46,501 | R | 14,159 | R |
| Total other income (expense) | 211,412 | R | 210,403 | R |
| | | | | |
| Income (loss) before (provision) benefit for income taxes | (17,451) | R | (552,098) | R |
| | | | | |
| (Provision) benefit for income taxes | 6,081 | R | 193,211 | R |
| | | | | |
| Income (loss) from continuing operations | (11,370) | R | (358,887) | R |
| | | | | |
| (Loss) income from discontinued operations | - | R | - | R |
| | | | | |
| Net income (loss) | (11,370) | R | (358,887) | R |
| | | | | |
| Change in unrealized appreciation | (9,672) | R | (75,273) | R |
| | | | | |
| Change in defined benefit pension plan | (1,059,823) | R | 2,025,036 | R |
| | | | | |
| Comprehensive Income (Loss) | (1,080,865) | R | 1,590,876 | R |
| | | | | |
| Income (loss) per share | $ (0.13) | R | $ (4.20) | R |

2293383.3

(iv) February 28, 2015 draft of non-audited balance sheet:

|  |  | 2015 |
|---|---|---|
| Assets: |  |  |
| Cash and cash equivalents |  | 623,921 |
| CD's |  | 414,547 |
| Marketable securities |  | 1,570,420 |
| Accounts receivable: |  |  |
|     Allowance |  | 18,324 |
|     Trade |  | 1,620,658 |
|     Other |  | 45,605 |
| Inventories |  | 1,510,676 |
| Prepaid expenses and other current assets |  | 47,543 |
| Deferred tax asset |  | 33,483 |
|     Total current assets |  | 5,866,853 |
| Property, plant and equipment: |  |  |
|     Leasehold improvements |  | 58,069 |
|     Machinery and equipment |  | 4,613,397 |
|     Furniture and fixtures |  | 1,722,332 |
|  |  | 6,393,798 |
| Less: Accumulated depreciation |  | (5,729,426) |
|     Total property, plant and equipment |  | 664,372 |
| Other assets: |  |  |
|     Rental units |  | 176,065 |
|     Amortization |  | 436,511 |
| Deferred tax asset |  | 3,763,573 |
| Other |  | 8,586 |
|     Total other assets |  | 3,948,224 |
|     Total assets | $ | 10,479,449 |
| Liabilities: |  |  |
|     Current |  |  |
|         Revolving line of credit |  | 1,923,846 |
|         Accounts payable |  | 1,752,882 |
|         Accrued liabilities |  | 583,081 |
|         Customer deposits |  | 1,363,052 |
|         Deferred tax liability |  |  |
|         Deferred gain |  | 256,857 |
|         Total current liabilities |  | 5,879,718 |
| Long-term |  |  |
|     Deferred gain |  | 246,154 |
|     Unfunded pension liability |  | 6,317,391 |
|     Total liabilities |  | 12,443,263 |
| Shareholders' Equity (Deficit): |  |  |
|     Class A common stock |  | 230,758 |
|         par value |  | 2 |
|         shares authorized |  | 200,000 |
|         shares issued |  | 115,379 |
|         shares outstanding |  | 85,439 |
|     Class B common stock |  | 9,300 |
|         par value |  | 1 |
|         shares authorized |  | 25,000 |
|         shares issued shares outstanding |  | 93,000 |
| Capital in excess of par value |  | 510,286 |
| Retained earnings |  | 2,565,482 |
| Treasury stock - at cost |  | (599,982) |
| Accumulated other comprehensive income (loss) |  | (4,679,658) |
|     Total shareholders equity (loss) |  | (1,963,814) |
|     Total liabilities and shareholders' equity (loss) |  | 10,479,449 |

(v) Income Statement for the period ending February 28, 2015:

|  | 2015 |
|---|---|
| Net sales | $ 1,336,469 |
| Cost of sales | 816,010 |
| Gross profit | 520,459 |
| 816,010 | |
| | |
| Operating expenses: | |
| Selling | 423,145 |
| Administrative | 401,850 |
| Technical center | 113,304 |
| Research and development | 85,161 |
| | 1,023,460 |
| | |
| Income (loss) from operations | (502,001) |
| | |
| Other income (expense); | |
| Interest – net | (13,954) |
| Amortization of deferred gain | 42,810 |
| Other – net | (2,042) |
| Total other income (expense) | 26,814 |
| | |
| Income (loss) before (provision) benefit for income taxes | (476,187) |
| | |
| (Provision) benefit for income taxes | 165,734 |
| | |
| Income (loss) from continuing operations | (310,453) |
| | |
| (Loss) income from discontinued operations | |
| | |
| Net income (loss) | (310,453) |
| | |
| Change in unrealized appreciation | |
| | |
| Change in defined benefit pension plan | (105,892) |
| | |
| Comprehensive Income (Loss) | (416,345) |
| | |
| Income (loss) per share | $ (3.63) |

(vi) Statement of Shareholders' Equity for the period ending February 28, 2015:

| | Class A par value | Class B par value | T-Stock A par value | T-Stock B par value | Capital in Excess of Pa | RE | AOCI(L) | Toter Equity |
|---|---|---|---|---|---|---|---|---|
| Balance December 31, 2014 | 230,758 | 9,300 | (586,962) | (13,020) | 510,286 | 2,875,935 | (4,573,766) | (1,547,469) |
| Net loss from continuing operations | | | | | | (310,453) | | (310,453) |
| Dividend | | | | | | | | |
| Unrealized gains on marketable securities net of income tax | | | | | | | | |
| Unfunded pension liability adjustment net of income tax | | | | | | | (105,892) | (105,892) |
| Balance February 28, 2015 | 230,758 | 9,300 | (586,962) | (13,020) | 510,286 | 2,565,482 | (4,679,658) | (1,963,814) |

2293383.3

Cash Flow Statement for the period ending February 28, 2015.

|  |  | 2015 |
|---|---|---|
| | Net Loss | (310,453) |
| **Operating Activities** | | |
| | Items not requiring (providing) cash | |
| | Depreciation and amortization | 27,500 |
| | Amortization of deferred gain | (42,811) |
| | Pension cost | 87,500 |
| | Net realized (gains) losses on available-for-sale securities (Gain) loss on sale of property, plant and equipment Gain on sale of rental units | |
| | Deferred income taxes | (165,031) |
| | Changes in | |
| | Accounts receivable | 754,309 |
| | Inventories | 169,191 |
| | Prepaid expenses and other current assets | 58,415 |
| | Assets of discontinued operation | - |
| | Other assets and liabilities | 9,053 |
| | Accounts payable | (572,475) |
| | Accrued expenses | (27,501) |
| | Customer deposits | 203,458 |
| | Unfunded pension liability | (84,307) |
| | Liabilities of discontinued operations | |
| | Net cash (used in) provided by operating activities | 106,849 |
| **Investing Activities** | | |
| | Proceeds from sale of property, plant and equipment Proceeds from sale of rental units | |
| | Purchase of property and equipment - net | (2,134) |
| | Purchases of rental units | |
| | Proceeds from sales of available-for-sale securities Purchases of available-for-sale securities | |
| | Net cash (used in) provided by investing activities | (2,134) |
| **Financing Activities** | | |
| | Net payments under line-of-credit agreement | |
| | Dividends | |
| | Net cash (used in) provided by financing activities | |
| | Increase in Cash and Cash Equivalents | 104,715 |
| | Cash and Cash Equivalents, Beginning of Year | 519,206 |
| | Cash and Cash Equivalents, End of Period | 623,921 |

Schedule 2.6(a)

17

**Schedule 2.8**

**Litigation**

1. David Griffith – On January 15, 2015, Seller received noticed from the law firm of Sadlowski & Besse L.L.C. that such law firm had been retained by David Griffith regarding his former employment as an independent contractor. Mr. Griffith was employed as a Mechanical Designer for Seller until November 26, 2014, when his position was terminated. This matter was settled.

2. Maria Olivares, Diane Cano-Casas and Gerardo Olivaras v. Littleford Day, Inc., et al (Case No. BC447714), filed on October 19, 2010– Maria Olivares is the wife of an individual who was injured associated with a product liability claim.  This matter was settled.  As of April 2, 2015, the Honorable Frederic C. Shaller of the Superior Court of the State of California for the County of Los Angeles – Central District, has determined that the settlement proposal between the parties constitutes a full and final resolution of all claims against Seller by the plaintiffs and such settlement is determined to have been made in good faith.

   A Settlement Agreement and General Release was entered into by Maria Olivares, Diane Cano-Casas and Gerardo Olivaras v. Littleford Day, Inc., as of January 26, 2015, for the amount of $5,000. Upon the determination of good faith by the Superior Court of the State of California reference above, was executed as of April 7, 2015.

3. As of the date hereof, Seller has received the following demand letters from its suppliers and/or vendors for payments due and payable to such suppliers and/or vendors:

   - Letter dated March 27, 2015 from D&S, LTD, on behalf of Siemens Industry, Inc, with regard to an overdue amount equal to $11,022.33.

   - Letter dated March 23, 2015 from Santen & Hughes, on behalf of Magna Machine Co., with regard to an overdue amount equal to $174,271.00.

   - Letter dated March 23, 2015 from Cadenas Part Solutions with regard to an overdue amount equal to $52,155.

   - Letter dated March 31, 2015 from Aerotek, Inc. and EASI, LLC with regard to overdue amounts equal to $69,051.37 and $14,800.51, respectively.

   - Letters dated April 2, 2015 and April 7, 2015 from Richard D. Palmer Co., LPA, on behalf of Fisher Cast Steel Products, Inc., with regard to an overdue amount equal to $16,290.18.

   - Letter dated April 6, 2015 from Taft Stettinius & Hollister LLP, on behalf of Star Manufacturing Company, with regard to an overdue amount equal to $13,850.00.

2293383.3

- Letter dated April 11, 2015 from Levy Diamond Bello & Associates, LLC, on behalf of Pilot Freight Services, with regard to an overdue amount equal to $27,900.00.

2293383.3

**Schedule 2.9(a)**

**Employees**

| **Name** | **Job Title** |
|---|---|
| Kevin Henson | Engineer |
| Angel Holder | Purchasing Manager |
| Cathy Smith | Purchasing Clerk |
| Victor Ross | Assistant Foreman |
| Don Schreck | Foreman |
| Shawn Hearn | Sales Manager |
| Jeff Raabe | Sales Manager |
| Dee Webster | Inside Sales Support |
| Greg Glahn | Parts Sales |
| Ken Shank | Parts Sales |
| Tex Lawson | Field Service |
| Steve McGlone | Field Service Manager |
| Dave English | IT |
| Jo Oetzel | Accounting Manager |
| J. Garvin Warden | Chief Restructuring Officer |
| Lisa Youger | Vice President / Controller |
| Cheryl Corken | Lab Administrative Assistant |
| Nick Klotz | Chemical Engineer |
| Kurtis Remmel | Chemical Engineer |
| Rodney Stephenson | Lab Assistant |
| Glenn Vice | Interim CEO |
| Tom Cheevers | Welder |
| Larry McKinnon | Welder |
| David Naugle | Machine Shop |
| R.C. Couch | Final Assembly |
| Lew Wilson | Final Assembly |
| Gary Graves | Maintenance |

2293383.3

**Schedule 2.9(c)**

**Obligations to Employees**

1.  Paul Gabbert – Mr. Gabbert is a former employee with an outstanding severance amount equal to approximately $7,000.

2.  Don Steedman – Mr. Steedman is the former C.E.O. of Littleford with a deferred compensation balance outstanding equal to $275,726 as of December 31, 2014.

2293383.3

**Schedule 2.10**

**Leased Real Property**

1.  That parcel of land located at 7451 Empire Drive, Florence, KY 41042 pursuant to that certain Lease of Land and Building, dated February 12, 2010, by and between 4-To-Go LLC and Seller with a maturity date of February 2017 and monthly rent equal to approximately $23,000.

## Schedule 2.11(a)

## Material Contracts

**Summary of All Unit Orders Currently Under Warranty ~ Littleford Typically Offers a 1 Year Warranty for Unit Sales**

| Customer Order | Customer PO | Customer Name |
|---|---|---|
| 43703-6055 | 00027633 | Group 31 Inc. |
| 43718-6080 | 2191401-02A | Dawn Food Products |
| 43711-6072 | ???? | General Mills – Greece |
| 43713-6073 | 2369310 | Hormel Foods |
| 43716-6076 | 2369310 | Hormel Foods |
| 43720-6083 | PC-00803365 | Minsa – Mexico |
| 43721-6084 | PC-00803365 | Minsa - Mexico |
| 43723-6087 | 4500434113 | Hollister Inc |
| 43694-6046 | GBP-4501235021 | P&G Duracell – China |
| 43717-6077 | 4900001386 | Springs Window |
| 43726-6091 | 4900001386 | Springs Window |
| 43730-6098 | BG161PO003-1.1.07-0224-C0001/Su-02 | Biovet AD – Bulgaria |
| 43731-6099 | 4200154661 | Fram Group |
| 43719-6081 | 6000004431 | Tremco Inc. |
| 43732-6101 | PJ114Y-00216 | Super Smelters – India |
| 43733-6103 | 26894 | Chem Action – Canada |
| 43734-6104 | 1043297-001 | Therma Tru |
| 43738-6107 | 115328 | Morgan Advanced Mtls |
| 43623-5980 | 4-1120497-358691A | FLSMIDTH Inc |
| 43690 | 4910251532 | BASF Corp. |
| 43679 | 4503250180 | Chevron Phillips |
| 43689 | Y87995000 REV0 | Sabic Innovative |
| 43615 | 500562525 | Energy Solutions |
| 43724/43725 | 7310160318 | Mondelez |
| 43707 | No PO, sold from proposal | Daasons |
| 43705 | 210 | Beta Grupo Petroqu |
| 43702 | JB02324 | Authentix |

2293383.3

**Summary of Unit Orders Not Yet Completed**

| Customer Order | Customer PO | Customer Name |
| --- | --- | --- |
| 43739-5108 | 66138057 | Hershey Company |
| 43740-6109 | 66138057 | Hershey Company |
| 43741-6110 | 1389938 | Federal Mogul |
| 43742-6111 | 66139631 | Hershey Company |
| 43747 | 4600077675 | Hearthside |
| 43748 | 6000004919 | Tremco Inc. |
| 43746 | 4204746 | Publix |
| 43744 | ENGINEERING ORDER ONLY | Mondelez |
| 43743 | 4500625351 | UOP |
| 43729 | CA0022035 REV O | Capsugel |
| 43728 | 4502096520 | Lubrizol |
| | 15031103 | Advanced Laser |
| 43749 | | BASF |

**Parts Purchase Orders Over $25,000**

13P51310 Tubotec
14P52427 Vinyltech
14P52457 Land O Lakes
14P52570 GSK
14P52580 Hoeganas
14P52689 Feni
15P51316 Cresco

**Summary of Current Rental Contracts**

Cargill
Therma Tru
Merle Norman
Digital Specialty
Morgan

**Other Miscellaneous Contracts**

Stanley Security Solutions - Sprinkler Inspection
Merchants Security Agreement - Patrol Security for Building
Cadenas Parts Solution  - Website Assistance Contract
Atlas - purchase commitment
CBI - Environmental Reporting

**Third Party Sales Representatives Contracts**

Gerardo San Martin
Rubens Keller
Shanghai Machinery
Chem Action

Schedule 2.11(a)
24

Drumm
Dynequip
Ensco
GSI
Hamer Engineering
Holbrook & Associates
North Shore
Pneutech
Stephens & Krizner
Seree Industrial Solutions
Mariental India PVT Ltd.
Beijing Carhart Global Trading Co.
Tagler
Imocom
Francisco Ferrer e Hijos & Clafil SA
Separator
Adams
Material Systems
Trotter
Dynamic Bulk
K&P
Enquip
Shamrock
Univex

Schedule 2.11(a)
25

## **Schedule 2.11(b)**

## **Exceptions to Material Contracts**

None.

2293383.3

### Schedule 2.12(a)

### Tax Matters

Littleford is currently subject to two (2) ongoing audits by the Kentucky Department of Revenue.  The first relates to tangible property tax, for which the Company has been assessed approximately $80,000.  The Company disputes this amount and has filed an appeal letter with the appropriate parties at the Kentucky Department of Revenue, which is currently being reviewed.  The second audit relates to sales and use tax, for which the Company has also been assessed approximately $80,000.  The Company disputes this amount and is in the process of appealing this assessment as well.

**\*[NTD:  Seller to provide an updated copy of this schedule which lists the jurisdictions in which all applicable Seller Tax Returns have been filed and the Tax periods covered by 10:00 a.m., Eastern Standard Time on June 3, 2015.]\***

2293383.3

## **Schedule 2.14**

## **Licenses and Permits**

None.

**Schedule 2.16(a)**

**Patents; Trademarks; Copyrights; Domain Names**

| Registered Copyrights |
|---|
| Littleford IPC D&F Series Mixer Program, created July 7, 2011, registration #TXu001766338 |

| Internet Domain Names |
|---|
| www.littleford.com |

| Trademarks | | | | | | |
|---|---|---|---|---|---|---|
| Country | Trademark: | Application #: | Registration #: | Reg. Date: | Goods: | Remarks: |
| Brazil | LITTLEFORD PLASTIC INTERNATIONAL | 827.967.136 | 827.967.136 | 26-Jan-2010 | Machines for rotational molding of thermoplastic materials | Renewal due 01/26/2020 |
| China | LITTLEFORD DAY | 7190285 | | | Cl. 7: Commercial mechanical mixing machines for pharmaceutical processing applications; commercial mechanical mixing machines for plastics processing applications; commercial mechanical mixing machines for food processing applications; commercial mechanical mixing machines for chemical processing; commercial mechanical mixing machines for mineral processing; plastic compounder (machinery for plastic industry); plastic cooler (machinery for plastic industry); plastic water chiller (machinery for plastic industry); tobacco processing machines; porcelain enamel manufacturing machines; fertilizer facility; mineworking machines; agitators | Mark published 4/27/2010 |

2293383.3

| Trademarks | | | | | |
|---|---|---|---|---|---|
| Country | Trademark: | Application #: | Registration #: | Reg. Date: | Goods: | Remarks: |
| European Community | LITTLEFORD PLASTIC INTERNATIONAL | 008275992 | 008275992 | 22-Nov-2009 | Cl. 7: Machines for rotational molding of thermoplastic materials and machines for compounding and cooling of thermoplastic materials | Awaiting Certificate of Registration: Renewal due 5/2/2019 |
| India | LITTLEFORD DAY | 1772142 | | | Cl. 32: Commercial mechanical mixing machines for specialized processing operations, namely mixing, blending, drying, reacting, coating, compounding, granulating, dispensing, dissolving and agglomerating in many fields including pharmaceutical, plastics processing applications, food processing applications, chemical processing and mineral processing; and compounding machines for powdered plastic comprising a scale unit, compounder, cooler, water chiller, stabilizing dispensing unit, take-away unit and integrated automatic controls, sold as a unit | Application filed 1/7/2009; Awaiting action |
| United States | LITTLEFORDDAY.COM | | | 12-Dec-2001 | | Renewal due: 12/12/2017 Registrar: Network Solutions, LLC Administrative Contact: Littleford Day, Inc. (domain name) |
| United States | LITTLEFORD DAY | 74/414,202 | 1,892,937 | 09-May-1995 | Cl. 7: Commercial mechanical mixing machines for specialized processing operations, namely mixing, blending, drying, reacting, coating, compounding, granulating, dispensing, dissolving and agglomerating in many fields including pharmaceutical, plastics processing applications, food processing applications, chemical processing and mineral processing; and compounding machines for powdered plastic comprising a scale unit, compounder, cooler, water chiller, stabilizing | Renewal due 5/9/2015 |

Schedule 2.16(a)

2293383.3

| Trademarks | | | | | | |
|---|---|---|---|---|---|---|
| **Country** | **Trademark:** | **Application #:** | **Registration #:** | **Reg. Date:** | **Goods:** | **Remarks:** |
| | | | | | dispensing unit, take-away unit and integrated automatic controls, sold as a unit | |

**Schedule 2.16(d)**

**Licenses**

1.  That certain Memorandum of Agreement, amended as of May 16, 1972, by and between TEMEC S.A.R.I. and Seller.

2293383.3

**Schedule 2.17**

**Seller Products**

There are no outstanding written notices of claims received by Seller from customers relating to the sale, license, lease or delivery of Seller's products.

Seller typically offers a one year warranty associated with its units and typically a 90 day warranty for its parts. From time to time, Seller will receive informal correspondence from its customers regarding its products sold and Seller will then respond if the product is still covered under warranty.

2293383.3

## Schedule 2.18

## Insurance

## PACKAGE POLICY

Carrier:            Great Northern Insurance Company, A Chubb Company
Policy #:           35955476
Policy Period:      10/1/14 — 10/1/15
Location:           1) 7451 Empire Drive, Florence, KY 41042


## AUTOMOBILE POLICY

Carrier:            Great Northern Insurance Company, A Chubb Company
Policy #:           73569431
Policy Period:      10/1/14 — 10/1/15

## WORKERS COMPENSATION

Carrier:            Chubb Indemnity Insurance Company, A Chubb Company
Policy #:           71742697
Policy Period:      10/1/14 — 10/1/15

## CRIME

Carrier:            Berkley Regional Insurance Company
Policy #:           BCR7100150014
Policy Period:      10/1/14 — 10/1/15

## OCEAN CARGO:

Carrier:            Federal Insurance Company, A Chubb Company
Policy #:           00256567C1N
Policy Period:      10/1/14 — 10/1/15

## FOREIGN LIABILITY

Carrier:            Great Northern Insurance Company, A Chubb Company
Policy #:           99485709
Policy Period:      10/1/14 — 10/1/15

## INTERNATIONAL WORKERS COMPENSATION HIGHLIGHTS:

-Primary Workers Compensation Coverage for International Executive Employees and other International Employees.
-24 Hour Trip Insurance incepting when the insured's employee leaves the U.S. or Canada and terminating upon return to the US or Canada.
-Bodily Injury by Accident or Disease while temporarily employed in the U.S.

-Insurance for Employees employed outside the U.S. and Canada while traveling in the U.S. and Canada.
-Endemic Disease is covered as an occupational disease.
-War Hazard is not excluded
-Travel Assistance Services Provided by MEDEX.

## KIDNAP AND RANSOM:

Carrier:    Federal Insurance Company, A Chubb Company
Policy #:    82414822
Policy Period: 10/1/14 — 10/1/15

## UMBRELLA POLICY

Carrier:                Federal Insurance Company, A Chubb Company
Policy #:                79873308
Policy Period:            10/1/14 — 10/1/15

## EXCESS UMBRELLA LIABILITY — NEWLY ADDED COVERAGE

Carrier:                St. Paul Fire and Marine Insurance Company, A Travelers Companies
Policy #:                ZUP51M1723414NF
Policy Period:            10/1/14 — 10/1/15

## EXECUTIVE LIABILITY:

Carrier:                Scottsdale
Policy #:                EKI3139805
Policy Period:            10/1/14 — 10/1/15

## BUSINESS TRAVEL ACCIDENT

Carrier:                Federal Insurance Company, A Chubb Company
Policy #:                99050759
Policy Period:            10/1/14 — 10/1/15

## COMMERCIAL PREMIUM Summary — All Include State/Municipal Taxes

**Policy**                        **2014/2015**

*All the Chubb and Travelers policies are net of commissions, other carriers do not pay full agency commissions.

**Pending quote on Cyber Liability — awaiting completion of Incident Response Plan by Littleford.

Schedule 2.18
35

**Schedule 2.19**
**Employee Benefit Plans**

1. Littleford Day, Inc. 401(k) Plan for Collectively Bargaining Employees (401(k) plan for union employees)
   - Seller is obligated to maintain the 401(k) plan for its employees and to match 25% of the first 5% of the employees' deferral.
   - Seller is current with all contributions to this plan.

2. Littleford Day, Inc. Retirement Savings Plan (401(k) Plan for office employees)
   - Seller is obligated to maintain the 401(k) plan for its employees and to match 25% of the first 5% of the employees' deferral.
   - Seller is current with all contributions to this plan.

3. Littleford Day, Inc. Retirement Plan (Pension Plan)
   - Seller contributed the first quarterly payment to the plan of approximately $80,000 in January 2015
   - Seller has not made any subsequent quarterly payments to the pension plan

**Schedule 2.20**

**Environmental Matters**

None.

2293383.3

**Schedule 5.6**

**Transition Services**

Throughout the two (2) month period immediately following the Closing, Seller will make available to Buyer such employees of Seller for such periods of time as may be reasonably requested by Buyer in order to perform such services as reasonably requested by Buyer (each, an "Applicable Employee").  In consideration thereof, with regard to each hour of service performed by an Applicable Employee, Buyer shall remit to Seller an amount equal to such Applicable Employee's prevailing hourly wage (not including any medical, retirement or other benefits) as of the date of the Agreement based on a forty (40) hour work week and fifty-two (52) work-weeks per year.

2293383.3